**EXHIBIT 1**

EXHIBIT 1

# REPORT OF RECEIPTS AND DISBURSEMENTS

1 / 2239
04/15/2003 19 : 22

## BY AN AUTHORIZED COMMITTEE OF A CANDIDATE FOR THE OFFICE OF PRESIDENT OR VICE-PRESIDENT

**1. NAME OF COMMITTEE (in full)**
Edwards For President

**ADDRESS (number and street)**   ☐ Check if different than previously reported
2300 Rexwoods Drive
Suite 300

**CITY, STATE, and ZIP CODE**
Raleigh          NC          27808

**2. IDENTIFICATION NUMBER**
C00384073

**3. IS THIS REPORT FOR :**
☒ Primary          ☐ General

## 4. TYPE OF REPORT   (Check here ☐ If this is a Termination Report.)

☒ April 15 Quarterly Report

☐ July 15 Quarterly Report

☐ October 15 Quarterly Report

☐ January 31 Year End Report

Monthly Report Due On:

☐ February 20          ☐ June 20          ☐ October 20
☐ March 20             ☐ July 20          ☐ November 20
☐ April 20             ☐ August 20        ☐ December 20
☐ May 20               ☐ September 20      ☐ January 31

☐ Twelfth day report preceding _____
(Type of Election)

election on _____ in the State of _____

☐ Thirtieth day report following the General Election on

on _____

**IS THIS REPORT AN AMENDMENT**   ☐ YES   ☒ NO

| 5. COVERING PERIOD | | FROM 01/01/2003 | THROUGH 03/31/2003 |
|---|---|---|---|
| SUMMARY | 6. CASH ON HAND AT BEGINNING OF THE REPORTING PERIOD | .................... | 0.00 |
| | 7. TOTAL RECEIPTS THIS PERIOD (From Line 22, Column A, Page 2) | .................... | 7418566.16 |
| | 8. SUBTOTAL (Lines 6 and 7) | .................... | 7418566.16 |
| | 9. TOTAL DISBURSEMENTS THIS PERIOD (From Line 30, Column A, Page 2) | .................... | 1679629.39 |
| | 10. CASH ON HAND AT CLOSE OF REPORTING PERIOD (Subtract Line 9 from 8) | .................... | 5738736.77 |
| | 11. DEBTS AND OBLIGATIONS OWED TO THE COMMITTEE (Itemize all on Schedule C-P or Schedule D-P) | .................... | 0.00 |
| | 12. DEBTS AND OBLIGATIONS OWED BY THE COMMITTEE (Itemize all on Schedule C-P or Schedule D-P) | .................... | 0.00 |
| | 13. EXPENDITURES SUBJECT TO LIMITATION | .................... | 1003005.05 |
| NET ELECTION CYCLE-TO-DATE CONTRIBUTIONS AND EXPENDITURES | 14. NET CONTRIBUTIONS (Other than Loans) (Subtract Line 28d, Column B from 17c, Column B, Page 2) | .................... | 7396835.52 |
| | 15. NET OPERATING EXPENDITURES (Subtract Line 20a, Column B from 23, Column B, Page 2) | .................... | 990372.41 |

I certify that I have examined this Report and to the best of my knowledge and belief it is true, correct, and complete.

**Type or Print Name of Treasurer**
Julius Chambers

**Date**
04/15/2003

**Signature of Treasurer**

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Report to the penalties of 2 U.S.C. §437g.
All previous versions of FEC FORM 3P are obsolete and should no longer be used.

| For further information contact: | Federal Election Commission 999 E Street, N.W. Washington, DC 20483 | Toll Free 800-424-9530 Local 202-694-1100 | **FEC FORM 3P** (01/2001) |
|---|---|---|---|

EXHIBIT 1

# DETAILED SUMMARY OF RECEIPTS AND DISBURSEMENTS

(PAGE 2, FEC FORM 3P)

**2 / 2239**

| Name of committee (in full) | Report Covering the Period | |
|---|---|---|
| **Edwards For President** | From: 01/01/2003 | To: 03/31/2003 |

| I. RECEIPTS | | COLUMN A<br>Total This Period | COLUMN B<br>Election Cycle-to-Date |
|---|---|---|---|
| 16. FEDERAL FUNDS (Itemize on Schedule A-P) | ................... | 0.00 | 0.00 |
| 17. CONTRIBUTIONS (other than loans) FROM : | | | |
| (a) Individuals/Persons Other Than Political Committees | ................... | 7405935.52 | 7405935.52 |
| (b) Political Party Committees | ................... | 0.00 | 0.00 |
| (c) Other Political Committees | ................... | 0.00 | 0.00 |
| (d) The Candidate | ................... | 0.00 | 0.00 |
| (e) TOTAL CONTRIBUTIONS (other than loans) (Add 17(a) , 17(b). 17(c), 17(d)) | ................... | 7405935.52 | 7405935.52 |
| 18. TRANSFERS FROM OTHER AUTHORIZED COMMITTEES | ................... | 0.00 | 0.00 |
| 19. LOANS RECEIVED: | | | |
| (a) Loans Received From or Guaranteed by Candidate | ................... | 0.00 | 0.00 |
| (b) Other Loans | ................... | 0.00 | 0.00 |
| (c) TOTAL LOANS (Add 19(a) and 19(b)) | ................... | 0.00 | 0.00 |
| 20. OFFSETS TO EXPENDITURES (Refunds, Rebates, etc.) : | | | |
| (a) Operating | ................... | 12632.64 | 12632.64 |
| (b) Fundraising | ................... | 0.00 | 0.00 |
| (c) Legal and Accounting | ................... | 0.00 | 0.00 |
| (d) TOTAL OFFSETS TO OPERATING EXPENDITURES (Add 20(a), 20(b) and 20(c)) | ................... | 12632.64 | 12632.64 |
| 21. OTHER RECEIPTS (Dividend, Interest, etc.) | ................... | 0.00 | 0.00 |
| 22. TOTAL RECEIPTS (Add 16. 17(e), 18. 19(c). 20(d). 21) | ................... | 7418568.16 | 7418568.16 |
| **II. DISBURSEMENTS** | | | |
| 23. OPERATING EXPENDITURES | ................... | 1003005.05 | 1003005.05 |
| 24. TRANSFERS TO OTHER AUTHORIZED COMMITTEES | ................... | 0.00 | 0.00 |
| 25. FUNDRAISING DISBURSEMENTS | ................... | 438697.63 | 438697.63 |
| 26. EXEMPT LEGAL AND ACCOUNTING DISBURSEMENTS | ................... | 231026.71 | 231026.71 |
| 27. LOAN REPAYMENTS MADE : | | | |
| (a) Repayment of Loans made or Guaranteed by Candidate | ................... | 0.00 | 0.00 |
| (b) Other Repayments | ................... | 0.00 | 0.00 |
| (c) TOTAL LOAN REPAYMENTS MADE (Add 27(a) and 27(b)) | ................... | 0.00 | 0.00 |
| 28. REFUNDS OF CONTRIBUTIONS TO : | | | |
| (a) Individuals/Persons Other Than Political Committees | ................... | 7100.00 | 7100.00 |
| (b) Political Party Committees | ................... | 0.00 | 0.00 |
| (c) Other Political Committees | ................... | 0.00 | 0.00 |
| (d) TOTAL CONTRIBUTION REFUNDS (Add 28(a), 28(b), 28(c)) | ................... | 7100.00 | 7100.00 |
| 29. OTHER DISBURSEMENTS | ................... | 0.00 | 0.00 |
| 30. TOTAL DISBURSEMENTS (Add 23, 24, 25. 26, 27(c). 28(d) and 29) | ................... | 1679829.39 | 1679829.39 |
| **III. CONTRIBUTED ITEMS (Stock, Art Objects, etc.)** | | | |
| 31. ITEMS ON HAND TO BE LIQUIDATED (Attach List) | ................... | 0.00 | |

United States v. Pierce O'Donnell,
2:08-CR-872 (SJO)

2 of 12

NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT __/__ PAGE __27__

EXHIBIT 1

## SCHEDULE A
## ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER:   PAGE 39 / 2239 (check only one) |
|---|---|
| | 16 ☐  X 17a ☐  17b ☐  17c ☐  17d ☐  18 ☐<br>19a ☐  19b ☐  20a ☐  20b ☐  20c ☐  21 ☐ |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)
Christina Anduja

Mailing Address

| City | State | Zip Code |
|---|---|---|

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
|---|---|

Receipt For:        2004
X  Primary        General
   Other (specify) ▼

Election Cycle-to-Date ▼
                                2000.00

Date of Receipt
M M / D D / Y Y Y Y
03    31    2008

Amount of Each Receipt this Period
                    2000.00

Transaction ID:   10313

---

**B.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |
|---|---|---|

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
|---|---|

Receipt For:        2004
X  Primary        General
   Other (specify) ▼

Election Cycle-to-Date ▼
                                500.00

Date of Receipt
M M / D D / Y Y Y Y
03    13    2008

Amount of Each Receipt this Period
                    500.00

Transaction ID:   7748

---

**C.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |
|---|---|---|

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
|---|---|

Receipt For:        2004
X  Primary        General
   Other (specify) ▼

Election Cycle-to-Date ▼
                                1000.00

Date of Receipt
M M / D D / Y Y Y Y
03    31    2008

Amount of Each Receipt this Period
                    1000.00

Transaction ID:   10576

---

SUBTOTAL of Receipts This Page (optional) .................................... ▶        3500.00

TOTAL This Period (last page this line number only) .................................... ▶

FEC  Schedule A        (Revised 1/2001)

---

EXHIBIT ___1___ PAGE _28_

EXHIBIT 1

## SCHEDULE A
### ITEMIZED RECEIPTS

| Use separate schedule(s) for each category of the Detailed Summary Page |
| --- |

FOR LINE NUMBER:   PAGE 515 / 2239
(check only one)

| 16 | X 17a | 17b | 17c | 17d | 18 |
| 19a | 19b | 20a | 20b | 20c | 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)
▓▓▓▓▓▓

Mailing Address
▓▓▓▓▓▓

| City | State | Zip Code |
| --- | --- | --- |
| ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
| --- | --- |
| ▓▓▓▓ | ▓▓▓▓ |

Receipt For:      2004
  X  Primary        General
     Other (specify) ▼

Election Cycle-to-Date ▼
              1000.00

Date of Receipt
M M / D D / Y Y Y Y
02   21   2003

Amount of Each Receipt this Period
              1000.00

Transaction ID:   5941

**B.** Full Name (Last, First, Middle Initial)
▓▓▓▓▓▓

Mailing Address
▓▓▓▓▓▓

| City | State | Zip Code |
| --- | --- | --- |
| ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
| --- | --- |
| ▓▓▓▓ | ▓▓▓▓ |

Receipt For:      2004
  X  Primary        General
     Other (specify) ▼

Election Cycle-to-Date ▼
              2000.00

Date of Receipt
M M / D D / Y Y Y Y
01   06   2003

Amount of Each Receipt this Period
              2000.00

Transaction ID:   1464

**C.** Full Name (Last, First, Middle Initial)
Hilda Escobar

Mailing Address
▓▓▓▓▓▓

| City | State | Zip Code |
| --- | --- | --- |
| ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
| --- | --- |
| ▓▓▓▓ | ▓▓▓▓ |

Receipt For:      2004
  X  Primary        General
     Other (specify) ▼

Election Cycle-to-Date ▼
              2000.00

Date of Receipt
M M / D D / Y Y Y Y
03   31   2003

Amount of Each Receipt this Period
              2000.00

Transaction ID:   10449

SUBTOTAL of Receipts This Page (optional) ........................... ▶        5000.00

TOTAL This Period (last page this line number only) ........................... ▶

FEC  Schedule A        (Revised 1/2001)

NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT ____/____   PAGE ___29___

EXHIBIT 1

# SCHEDULE A
## ITEMIZED RECEIPTS

| | |
|---|---|
| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: PAGE 572 / 2230 (check only one) |

FOR LINE NUMBER (check only one): 16 [ ] 17a [X] 17b [ ] 17c [ ] 17d [ ] 18 [ ] 19a [ ] 19b [ ] 20a [ ] 20b [ ] 20c [ ] 21 [ ]

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)

Mailing Address

City          State          Zip Code

FEC ID number of contributing federal political committee.

Name of Employer          Occupation

Receipt For:          2004
X   Primary          General
    Other (specify) ▼

| Date of Receipt | | |
|---|---|---|
| M M / D D / Y Y Y Y | | |
| 03 | 31 | 2003 |

Amount of Each Receipt this Period
500.00

Election Cycle-to-Date ▼
500.00

Transaction ID:   11630

**B.** Full Name (Last, First, Middle Initial)
Jacqueline Folsom

Mailing Address

City          State          Zip Code

FEC ID number of contributing federal political committee.

Name of Employer          Occupation

Receipt For:          2004
X   Primary          General
    Other (specify) ▼

| Date of Receipt | | |
|---|---|---|
| M M / D D / Y Y Y Y | | |
| 03 | 31 | 2003 |

Amount of Each Receipt this Period
2000.00

Election Cycle-to-Date ▼
2000.00

Transaction ID:   10452

**C.** Full Name (Last, First, Middle Initial)
Russell Folsom

Mailing Address

City          State          Zip Code

FEC ID number of contributing federal political committee.

Name of Employer          Occupation

Receipt For:          2004
X   Primary          General
    Other (specify) ▼

| Date of Receipt | | |
|---|---|---|
| M M / D D / Y Y Y Y | | |
| 03 | 31 | 2003 |

Amount of Each Receipt this Period
2000.00

Election Cycle-to-Date ▼
2000.00

Transaction ID:   10451

SUBTOTAL of Receipts This Page (optional) ...................... ▶          4500.00

TOTAL This Period (last page this line number only) ...................... ▶

FEC  Schedule A          (Revised 1/2001)

Untied States v. Pierce O'Donnell,
2:08-CR-872 (SJO)          5 of 12          NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT   1   PAGE  36

EXHIBIT 1

## SCHEDULE A
## ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one)  PAGE 1008 / 2239 |
|---|---|
| | 16 ☐ 17a ☒ 17b ☐ 17c ☐ 17d ☐ 18 ☐ |
| | 19a ☐ 19b ☐ 20a ☐ 20b ☐ 20c ☐ 21 ☐ |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)
Mailing Address
City   State   Zip Code
FEC ID number of contributing federal political committee.
Name of Employer   Occupation
Receipt For:   2004
X  Primary   General
Other (specify) ▾
Election Cycle-to-Date ▾   2000.00

Date of Receipt   01  06  2003
Amount of Each Receipt this Period   2000.00
Transaction ID:   146B

**B.** Full Name (Last, First, Middle Initial)
Anita Latinovic
Mailing Address
City   State   Zip Code
FEC ID number of contributing federal political committee.
Name of Employer   Occupation
Receipt For:   2004
X  Primary   General
Other (specify) ▾
Election Cycle-to-Date ▾   2000.00

Date of Receipt   03  31  2003
Amount of Each Receipt this Period   2000.00
Transaction ID:   10450

**C.** Full Name (Last, First, Middle Initial)
Elsa Latinovic
Mailing Address
City   State   Zip Code
FEC ID number of contributing federal political committee.
Name of Employer   Occupation
Receipt For:   2004
X  Primary   General
Other (specify) ▾
Election Cycle-to-Date ▾   2000.00

Date of Receipt   03  31  2003
Amount of Each Receipt this Period   2000.00
Transaction ID:   10312

SUBTOTAL of Receipts This Page (optional) ............ ▶   6000.00

TOTAL This Period (last page this line number only) ............ ▶

FEC Schedule A   (Revised 1/2001)

United States v. Pierce O'Donnell,   6 of 12   NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
2:08-CR-872 (SJO)   MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT  1  PAGE  31

EXHIBIT 1

## SCHEDULE A
## ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) PAGE 1322 / 2239 |
|---|---|

FOR LINE NUMBER: (check only one)
☐ 16  ☒ 17a  ☐ 17b  ☐ 17c  ☐ 17d  ☐ 18
☐ 19a  ☐ 19b  ☐ 20a  ☐ 20b  ☐ 20c  ☐ 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)

Mailing Address

City | State | Zip Code

FEC ID number of contributing federal political committee.

Name of Employer | Occupation

Receipt For:     2004
X  Primary        General
Other (specify) ▼

Election Cycle-to-Date ▼
1000.00

Date of Receipt
M M / D D / Y Y Y Y
0 2   1 0   2 0 0 3

Amount of Each Receipt this Period
1000.00

Transaction ID:   P4866

**B.** Full Name (Last, First, Middle Initial)

Mailing Address

City | State | Zip Code

FEC ID number of contributing federal political committee.

Name of Employer | Occupation

Receipt For:     2004
X  Primary        General
Other (specify) ▼

Election Cycle-to-Date ▼
250.00

Date of Receipt
M M / D D / Y Y Y Y
0 3   3 1   2 0 0 3

Amount of Each Receipt this Period
250.00

Transaction ID:   10268

**C.** Full Name (Last, First, Middle Initial)
Elizabeth Owen

Mailing Address

City | State | Zip Code

FEC ID number of contributing federal political committee.

Name of Employer | Occupation

Receipt For:     2004
X  Primary        General
Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Date of Receipt
M M / D D / Y Y Y Y
0 3   3 1   2 0 0 3

Amount of Each Receipt this Period
2000.00

Transaction ID:   10458

SUBTOTAL of Receipts This Page (optional) ......................................... ▶   3250.00

TOTAL This Period (last page this line number only) ......................................... ▶

FEC Schedule A   (Revised 1/2001)

Untied States v. Pierce O'Donnell, 2:08-CR-872 (SJO)                7 of 12                NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT; MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT  1  PAGE 32

EXHIBIT 1

## SCHEDULE A
## ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 1330 / 2239 |
|---|---|---|

FOR LINE NUMBER: (check only one)

| 16 | ☒ 17a | 17b | 17c | 17d | 18 |
|---|---|---|---|---|---|
| 19a | 19b | 20a | 20b | 20c | 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
> Edwards For President

---

**A.** Full Name (Last, First, Middle Initial)

█████████

Mailing Address
██████████

| City | State | Zip Code |
|---|---|---|
| ████ | ███ | ████ |

FEC ID number of contributing federal political committee.

Name of Employer ████ | Occupation ████

Receipt For: 2004
X Primary   General
Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Date of Receipt
M M / D D / Y Y Y Y
03  06  2003

Amount of Each Receipt this Period
2000.00

Transaction ID:  724B

---

**B.** Full Name (Last, First, Middle Initial)
Mary E O'Donnell

Mailing Address
████

| City | State | Zip Code |
|---|---|---|
| ████ | ███ | ████ |

FEC ID number of contributing federal political committee.

Name of Employer | Occupation

Receipt For: 2004
X Primary   General
Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Date of Receipt
M M / D D / Y Y Y Y
03  31  2003

Amount of Each Receipt this Period
2000.00

Transaction ID:  11263

---

**C.** Full Name (Last, First, Middle Initial)
████

Mailing Address
████

| City | State | Zip Code |
|---|---|---|
| ████ | ███ | ████ |

FEC ID number of contributing federal political committee.

Name of Employer | Occupation

Receipt For: 2004
X Primary   General
Other (specify) ▼

Election Cycle-to-Date ▼
1200.00

Date of Receipt
M M / D D / Y Y Y Y
01  28  2003

Amount of Each Receipt this Period
100.00

Transaction ID:  2932

---

SUBTOTAL of Receipts This Page (optional) ......................................... ▶  4100.00

TOTAL This Period (last page this line number only) ......................................... ▶

FEC Schedule A     (Revised 1/2001)

United States v. Pierce O'Donnell,
2:08-CR-872 (SJO)                    8 of 12            NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT  /  PAGE 33

EXHIBIT 1

## SCHEDULE A
## ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 1502 / 2239 |
|---|---|---|

FOR LINE NUMBER: (check only one)

| 16 | X 17a | 17b | 17c | 17d | 18 |
| 10a | 13b | 20a | 20b | 20c | 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)
███████████

Mailing Address
███████████

| City | State | Zip Code |
|---|---|---|
| ████ | ███ | ████ |

FEC ID number of contributing federal political committee.

Name of Employer
███████████

Occupation
███████████

Receipt For:     2004
  X  Primary      General
  Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Date of Receipt
M M / D D / Y Y Y Y
02   20   2003

Amount of Each Receipt this Period
2000.00

Transaction ID:   581B

**B.** Full Name (Last, First, Middle Initial)
Bert Rodriquez

Mailing Address
███████████

| City | State | Zip Code |
|---|---|---|
| ████ | ███ | ████ |

FEC ID number of contributing federal political committee.

Name of Employer
███████████

Occupation
███████████

Receipt For:     2004
  X  Primary      General
  Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Date of Receipt
M M / D D / Y Y Y Y
03   31   2003

Amount of Each Receipt this Period
2000.00

Transaction ID:   10310

**C.** Full Name (Last, First, Middle Initial)
Johnny Radriquez

Mailing Address
███████████

| City | State | Zip Code |
|---|---|---|
| ████ | ███ | ████ |

FEC ID number of contributing federal political committee.

Name of Employer
███████████

Occupation
███████████

Receipt For:     2004
  X  Primary      General
  Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Date of Receipt
M M / D D / Y Y Y Y
03   31   2003

Amount of Each Receipt this Period
2000.00

Transaction ID:   10314

SUBTOTAL of Receipts This Page (optional) ........................................ ▶     6000.00

TOTAL This Period (last page this line number only) ............................ ▶

FEC  Schedule A      (Revised 1/2001)

Untied States v. Pierce O'Donnell,
2:08-CR-872 (SJO)                    9 of 12                    NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
                                                               MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT ____ PAGE 34

EXHIBIT 1

## SCHEDULE A
### ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 1805 / 2239 |
|---|---|---|

| 16 | ☒ 17a | ☐ 17b | ☐ 17c | ☐ 17d | ☐ 18 |
| 19a | 19b | 20a | 20b | 20c | 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
Edwards For President

---

**A.** Full Name (Last, First, Middle Initial) ████████

Mailing Address ████████

| City ████ | State ██ | Zip Code ████ |

FEC ID number of contributing federal political committee.

| Name of Employer ████ | Occupation ████ |

Receipt For: 2004
X Primary   General
Other (specify) ▾

Election Cycle-to-Date ▾
1000.00

Date of Receipt: 03 05 2003

Amount of Each Receipt this Period
1000.00

Transaction ID: 7011

---

**B.** Full Name (Last, First, Middle Initial)
Rafael Velasco

Mailing Address ████████

| City ████ | State ██ | Zip Code ████ |

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |

Receipt For: 2004
X Primary   General
Other (specify) ▾

Election Cycle-to-Date ▾
2000.00

Date of Receipt: 03 31 2003

Amount of Each Receipt this Period
2000.00

Transaction ID: 10311

---

**C.** Full Name (Last, First, Middle Initial) ████

Mailing Address ████████

| City ████ | State ██ | Zip Code ████ |

FEC ID number of contributing federal political committee.

| Name of Employer ████ | Occupation ████ |

Receipt For: 2004
X Primary   General
Other (specify) ▾

Election Cycle-to-Date ▾
1000.00

Date of Receipt: 03 27 2003

Amount of Each Receipt this Period
1000.00

Transaction ID: 9326

---

SUBTOTAL of Receipts This Page (optional) ................................ ▶   4000.00

TOTAL This Period (last page this line number only) ................ ▶

FEC Schedule A        (Revised 1/2001)

EXHIBIT ___1___ PAGE __35__

EXHIBIT 1

## SCHEDULE A
## ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 1825 / 2239 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | X 17a | 17b | 17c | 17d | 18 |
| 19a | 19b | 20a | 20b | 20c | 21 |

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |
|---|---|---|

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
|---|---|

Receipt For:      2004
  X   Primary          General
     Other (specify) ▼

| Date of Receipt | | | | | |
|---|---|---|---|---|---|
| M  M | / | D  D | / | Y  Y  Y  Y |
| 03 | | 31 | | 2003 |

Amount of Each Receipt this Period
500.00

Election Cycle-to-Date ▼
500.00

Transaction ID:   10739

**B.** Full Name (Last, First, Middle Initial)

Mailing Address

| City | State | Zip Code |
|---|---|---|

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
|---|---|

Receipt For:      2004
  X   Primary          General
     Other (specify) ▼

| Date of Receipt | | | | | |
|---|---|---|---|---|---|
| M  M | / | D  D | / | Y  Y  Y  Y |
| 03 | | 19 | | 2003 |

Amount of Each Receipt this Period
2000.00

Election Cycle-to-Date ▼
2000.00

Transaction ID:   8248

**C.** Full Name (Last, First, Middle Initial)
Gerald Wehl

Mailing Address

| City | State | Zip Code |
|---|---|---|

FEC ID number of contributing federal political committee.

| Name of Employer | Occupation |
|---|---|

Receipt For:      2004
  X   Primary          General
     Other (specify) ▼

| Date of Receipt | | | | | |
|---|---|---|---|---|---|
| M  M | / | D  D | / | Y  Y  Y  Y |
| 03 | | 31 | | 2003 |

Amount of Each Receipt this Period
2000.00

Election Cycle-to-Date ▼
2000.00

Transaction ID:   11332

SUBTOTAL of Receipts This Page (optional) ......................................... ▶        4500.00

TOTAL This Period (last page this line number only) ......................................... ▶

FEC  Schedule A        (Revised 1/2001)

Untied States v. Pierce O'Donnell.
2:08-CR-872 (SJO)                    11 of 12                    NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
                                                                  MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT ___/___ PAGE ___36

EXHIBIT 1

## SCHEDULE A
## ITEMIZED RECEIPTS

| Use separate schedule(s) or each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 1826 / 2239 |
|---|---|---|

FOR LINE NUMBER: (check only one)
16 ☐  17a ☒  17b ☐  17c ☐  17d ☐  18 ☐
19a ☐  19b ☐  20a ☐  20b ☐  20c ☐  21 ☐

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Edwards For President

**A.** Full Name (Last, First, Middle Initial)
Helen Wahl

Mailing Address ▓▓▓▓▓▓

City ▓▓▓▓    State ▓▓    Zip Code ▓▓

Date of Receipt
M M / D D / Y Y Y Y
03    31    2003

FEC ID number of contributing federal political committee.

Amount of Each Receipt this Period
2000.00

Name of Employer ▓▓▓▓    Occupation ▓▓▓▓

Receipt For:   2004
X  Primary    General
Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Transaction ID:   11331

**B.** Full Name (Last, First, Middle Initial)

Mailing Address ▓▓▓▓▓▓

City ▓▓▓▓    State ▓▓    Zip Code ▓▓

Date of Receipt
M M / D D / Y Y Y Y
03    21    2003

FEC ID number of contributing federal political committee.

Amount of Each Receipt this Period
250.00

Name of Employer ▓▓▓▓    Occupation ▓▓▓▓

Receipt For:   2004
X  Primary    General
Other (specify) ▼

Election Cycle-to-Date ▼
250.00

Transaction ID:   8668

**C.** Full Name (Last, First, Middle Initial)

Mailing Address ▓▓▓▓▓▓

City ▓▓▓▓    State ▓▓    Zip Code ▓▓

Date of Receipt
M M / D D / Y Y Y Y
03    31    2003

FEC ID number of contributing federal political committee.

Amount of Each Receipt this Period
2000.00

Name of Employer ▓▓▓▓    Occupation ▓▓▓▓

Receipt For:   2004
X  Primary    General
Other (specify) ▼

Election Cycle-to-Date ▼
2000.00

Transaction ID:   11091

SUBTOTAL of Receipts This Page (optional) ................................ ▶    4250.00

TOTAL This Period (last page this line number only) ................................ ▶

FEC  Schedule A    (Revised 1/2001)

United States v. Pierce O'Donnell,
2:08-CR-872 (SJO)                    12 of 12                    NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORADUM OF POINTS AND AUTHORITIES

EXHIBIT ___ PAGE 37

**EXHIBIT 2**

EXHIBIT 2

INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

## FEDERAL ELECTION COMMISSION

# Report of Receipts and Disbursements by an Authorized Committee of a Candidate for the Office of President or Vice President
# (FEC FORM 3P)

Use FEC FORM 3P to file your report. Listed below are the summary pages and schedules of FEC FORM 3P, with an explanation of what each discloses. Detailed instructions are included on the back of each form. These forms may be duplicated.

### FEC FORM 3P: Page 1, Summary Page

Identifies the committee; discloses the committee's total receipts and disbursements for the reporting period and the aggregate election cycle-to-date.

### FEC FORM 3P: Page 2, Detailed Summary Page

Summarizes receipts and disbursements by type of activity; shows reporting period and aggregate election cycle-to-date totals for each type of activity.

### FEC FORM 3P: Page 4, Allocation of Primary Expenditures by State for a Presidential Candidate

Summarizes the allocation of primary expenditures by state; shows reporting period and campaign-to-date totals; to be used only by Presidential candidates receiving federal funds.

### FEC FORM 3P: WORKSHEET TO CALCULATE EXPENDITURES SUBJECT TO OVERALL LIMITATION OF 2 U.S.C. § 441a(b)(1)(A)

Provides guidance concerning the calculation of the amount to be reported on Line 13 of FEC FORM 3P, Page 1. This worksheet must be retained to support, in part, the amount reported on Line 13.

### FEC FORM 3P: Schedules

A-P:   Provides detailed information for each receipt that is required to be itemized. Use a separate Schedule A-P to support each line number that appears on the Detailed Summary Page.

B-P:   Provides detailed information for each disbursement that is required to be itemized. Use a separate Schedule B-P to support each line number that appears on the Detailed Summary Page.

C-P:   Shows all loans, endorsements and loan guarantees the committee receives or makes.

C-P-1:   Shows all loans and lines of credit made by lending institutions either to the committee or to the candidate which are used for the purpose of influencing the candidate's election to federal office.

D-P:   Shows debts and obligations owed to or by the committee that are required to be disclosed.

### Other Forms and Their Uses

The forms listed below are also available. When ordering, please order by form number.

### FEC FORM 3P: Page 3, Post-Election Detailed Summary Page

Used only for last reporting period of election cycle, in lieu of the Detailed Summary Page and portions of the Summary Page. Summarizes receipts and disbursements by type of activity; shows reporting period and both current and upcoming election cycle to date totals for each type of activity.

### FEC FORM 2: Statement of Candidacy

Used by the candidate to designate a Principal Campaign Committee; and, if applicable, to designate other authorized committees to receive and expend funds on his or her behalf.

### FEC FORM 1: Statement of Organization

Used by all political committees to register under the federal election law.

### FEC FORM 8: Debt Settlement Plan

Used by terminating committees to disclose the terms of debt settlements.

### Illegible and Non-FEC Forms

Illegible reports and reports submitted on non-FEC forms are not acceptable and must be refiled.

### Electronic Filing

Committees must file reports in an electronic format under 11 CFR 104.18 if they have either received contributions or made expenditures in excess of $50,000 during the calendar year, or if they have reason to expect that they will exceed either of those thresholds. If the committee has reached this level of activity, DO NOT FILE THIS FORM ON PAPER. Instead, you must file this form in an electronic format. See the instructions for more information on filing electronically.

### Computerized Filing

FEC FORM 3P may be filed in a computerized format, but the Commission must approve the computerized format before the report is filed. Submit sample formats to the Reports Analysis Division.

### Faxing Forms

Reports may not be filed by FAX because original signatures are required.

To request additional forms, call the Information Division at 800/424-9530 or 202/694-1100.

EXHIBIT  2  PAGE 38

REQ NUM
United States v. Pierce O'Donnell
2:08-CR-872 (SJO)

1 of 15

Federal Election Commission (Revised 01/2003), Page 1
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

# INSTRUCTIONS FOR REPORT OF RECEIPTS AND DISBURSEMENTS (SUMMARY PAGE) (FEC FORM 3P, PAGE 1)

## Who Must File

All political committees authorized in writing by a candidate for the Office of President or Vice President must file reports of receipts and disbursements on FEC Form 3P, whether or not publicly funded. A political committee that is the authorized committee of candidates for both offices shall also use FEC Form 3P. Note:  Committees must file reports in an electronic format if they have received contributions or made expenditures in excess of $50,000 during a calendar year, or if they have reason to expect that they will exceed either of those thresholds during the calendar year.  If the committee has reached this level of activity, DO NOT FILE THIS FORM ON PAPER.  Instead, you must file this form in an electronic format.

An authorized committee is considered to have reason to expect it will exceed the electronic filing threshold for the following two calendar years after the calendar year in which it exceeds $50,000 in contributions or expenditures.  Exception:  This does not apply to an authorized committee with $50,000 or less in net debts outstanding on January 1 of the year following the general election that anticipates terminating prior to January 1 of the next election year, as long as the candidate has not qualified as a candidate in the next election and does not intend to become a federal candidate in the next election.

A new authorized committee with no previous receipts or expenditures is considered to have reason to expect it will exceed the electronic filing threshold if it exceeds $12,500 in contributions or expenditures during the first calendar quarter of the calendar year, or $25,000 in contributions or expenditures in the first half of the calendar year.

Contact the FEC for more information on filing electronically.

## When to File

### Election Year

If on January 1 of the election year the committee has received or anticipates receiving contributions aggregating $100,000 or more, or makes or anticipates making expenditures of $100,000 or more, it shall file:
• A monthly report no later than the 20th day after the last day of the previous month which shall be complete as of the last day of that month.
• A 12 Day Pre-Election Report no later than the 12th day before the general election in which the candidate seeks election and must include all transactions from the closing date of the last report filed through the 20th day before the election.  A 12 Day Pre-Election Report sent by certified or registered mail must be mailed no later than the 15th day before the election.
• A 30 Day Post-General Election Report no later than 30 days after the general election and must include transactions from the closing date of the last report filed through the 20th day after the general election.
• A year-end report which must include all transactions from the closing date of the last report filed through December 31, and be filed no later than January 31 of the following calendar year.

The 12 Day Pre-Election, 30 Day Post-General Election, and year-end reports are filed in lieu of monthly reports for November and December.

If on January 1 of the election year the committee does not anticipate receiving contributions aggregating $100,000 or more, or does not anticipate making expenditures of $100,000 or more, it shall file:
• A quarterly report no later than April 15, July 15, October 15, and January 31.  The report shall be complete as of the last day of the previous calendar quarter.
• A 12 Day Pre-Election Report no later than the 12th day before any election in which the candidate seeks nomination or election and must include all

transactions from the closing date of the last report filed through the 20th day before the election.
• A 30 Day Post-General Election Report filed no later than 30 days after the general election and must include transactions from the closing date of the last report filed through the 20th day after the general election.

If the committee receives contributions aggregating $100,000 or more, or makes expenditures aggregating $100,000 or more, the treasurer shall begin filing monthly reports at the next reporting period.

## Non-Election Year

During a non-election year the treasurer shall file either monthly or quarterly reports.

## Timely Filing

A document is timely filed upon delivery to the appropriate office (see "Where to File") by the close of the prescribed filing date or upon deposit as registered or certified mail in an established U.S. Post Office and postmarked no later than midnight of the day the report is due, except that a Pre-Election Report so mailed must be postmarked no later than midnight of the 15th day before the date of the election. Reports and statements sent by first class mail must be received by the appropriate office by the close of business of the prescribed filing date to be timely filed. Reports filed electronically must be received and validated by the Commission's computer system on or before 11:59 p.m. Eastern Standard/Daylight Savings Time on the prescribed filing date in order to be considered timely filed.

## Where to File

All reports and any amendments to reports must be filed in original form with the Federal Election Commission, 999 E Street, N.W., Washington, D.C. 20463.  In addition, a copy of each report and statement required to be filed shall be filed in each state in which the committee makes an expenditure in connection with the campaign, with the Secretary of State or the appropriate State

Page 2, Federal Election Commission (Revised 01/2003)
United States v. Pierce O'Donnell
2:08-CR-872 (SJO)                          2 of 15        NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT  2  PAGE  39

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

officer. Exception: Principal campaign committees of Presidential candidates making expenditures in states that have qualified for the Commission's state filing waiver program are not required to file copies of their reports and statements with those states. A listing of qualified states is available from the Federal Election Commission.

### Treasurer's Responsibilities

A copy of this report shall be preserved by the treasurer of the political committee for a period of not less than 3 years after the report was filed. The treasurer of the political committee is responsible for the timely and complete filing of the report and for the accuracy of any information contained in it.

### Election Cycle Reporting

Beginning with reporting periods that start on or after January 1, 2001, authorized committees must report receipts and disbursements on an election-cycle basis, rather than on a calendar year basis. The election cycle for disclosure purposes begins the day after the previous general election for a seat or office, and ends on the day of the next general election for that seat or office. See 11 CFR 100.3(b).

### Report Preparation

- The reporting schedules should be filled out first so that the totals can be derived for each category.
- The total figures should be carried forward to the Detailed Summary Page and then (where appropriate) from the Detailed Summary Page to the Summary Page.
- The Detailed Summary Page should be filled out before completing the Summary Page.
- Reports prepared by other political committees authorized by the candidate are required to be consolidated by the principal campaign committee on the Consolidation Report of Receipts and Disbursements and filed along with the reports of the principal campaign committee.

### Line-by-Line Instructions for Summary Page

LINE 1. Use the peel-off mailing label attached to the envelope. If your address has changed or you do not have a label, print or type the complete name and mailing address of your committee. (Note: If your mailing label contains a mistake, make the corrections directly on the label.)

LINE 2. Enter the FEC Identification Number assigned to the committee.

LINE 3. Check the appropriate box(es) which indicate for which election this report contains activity. For example, if a political committee is raising funds to pay off primary debts and simultaneously raising funds for the general election, check both the "Primary Election" box and the "General Election" box.

LINE 4(a). Check the appropriate box for "Type of Report". If the report is a 12 Day Pre-Election or 30 Day Post-General Election Report, supply the type of election (primary, general, convention, special or run-off), the date of the election, and the State in which the election is held.

LINE 4(b). If this is an original report, check the "NO" box. If this is an amendment to a previous report, check the "YES" box.

LINE 5. Enter the coverage dates (day/month/year) for this report. All activity from the ending coverage date of the last report filed must be included.

LINE 6. Enter the total amount of cash on hand at the beginning of the reporting period. This amount includes: currency; balance on deposit in banks; savings and loan institutions and other depository institutions; certificates of deposit; traveler's checks owned by the committee; treasury bills and other committee investments valued at cost.

LINE 7. Transfer the amount from Page 2, Form 3P, Column A of Line 22 to Line 7.

LINE 8. Add Lines 6 and 7 to derive the figure for Line 8.

LINE 9. Transfer the amount from Page 2, Form 3P, Column A of Line 30 to Line 9.

LINE 10. Subtract Line 9 from Line 8 to derive cash on hand at the close of the reporting period for Line 10.

LINE 11. Transfer the total amount of debts and obligations owed TO the committee from Schedule C-P and D-P.

LINE 12. Transfer the total amount of debts and obligations owed BY the committee from Schedule C-P and D-P.

LINE 13. Transfer the total amount of expenditures subject to limitation from FEC Form 3P, Worksheet, item P.

LINE 14. Subtract the aggregate election cycle-to-date total of contribution refunds, (Page 2, Form 3P, Line 28d, Column B), from the aggregate election cycle-to-date total of contributions (Page 2, Form 3P, Line 17(e), Column B) to arrive at net contributions on Line 14.

LINE 15. Subtract the aggregate election cycle-to-date total of offsets to expenditures for operating expenses (Page 2, Form 3P, Line 20(a), Column B), from the aggregate election cycle-to-date total of operating expenditures (Page 2, Form 3P, Line 23, Column B).

### Special Instructions for Last Report Filed for Your Election Cycle

For this report ONLY, principal campaign committees must fill out Parts III and V on Page 3 (Post-Election Detailed Summary Page) in lieu of filling out Lines 14 and 15 on the Summary Page. This requirement applies to the Post-General report filed by general election candidates or to the year-end report filed by all other candidates in that election cycle.

EXHIBIT _2_ PAGE _46_

REQ NUM

United States v. Pierce O'Donnell
2:08-CR-872 (SJO)

3 of 15

Federal Election Commission (Revised 01/2003), Page 3
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

## INSTRUCTIONS FOR DETAILED SUMMARY PAGE OF RECEIPTS AND DISBURSEMENTS (FEC FORM 3P, PAGE 2)

An authorized committee must report the total amount of receipts and disbursements during the reporting period and during the election cycle on FEC Form 3P. FEC Form 3P, page 2 (Detailed Summary of Receipts and Disbursements) is broken down into various categories of receipts and disbursements. Use Schedule A-P or Schedule B-P to list each receipt or disbursement required to be itemized. The total for each category ("Total This Period" from Schedule A-P or Schedule B-P) should then be added to unitemized receipts or disbursements for that category, and entered on the appropriate line of the Detailed Summary Page. If there are no receipts or disbursements for a particular category for a reporting period or election cycle, enter "0."

To derive the "election cycle-to-date" figure for each category, the political committee should add the "election cycle-to-date" total from the previous report to the "Total This Period" from Column A for the current report. For the first report filed for an election cycle, the "election cycle-to-date" figure is equal to the "Total This Period" figure.

LINE 16. Enter total amount of federal funds received by the committee during the reporting period. These receipts must be itemized on Schedule A-P regardless of the amount.

LINE 17(a). Enter the total amount of contributions (other than loans) from individuals, partnerships and other persons who are not political committees. Include unitemized contributions and those that are required to be itemized on Schedule A-P. Each contribution made by a person who has made one or more contributions during the election cycle aggregating in excess of $200 must be itemized on Schedule A-P. The committee must provide the identification (full

name, mailing address, occupation and name of employer) of the person, the date and amount of each contribution aggregating in excess of $200, the aggregate election cycle-to-date total and whether the contribution is for a primary, general or other election.

LINE 17(b). Enter the total amount of contributions (other than loans) from political party committees on Line 17(b). These contributions must be itemized on Schedule A-P regardless of the amount. For each contribution, provide the identification (full name and address) of the committee, the date and amount of the contribution, the aggregate election cycle-to-date total and whether the contribution is for a primary, general or other election.

LINE 17(c). Enter the total amount of contributions (other than loans) from other political committees on Line 17(c). These contributions must be itemized on Schedule A-P regardless of the amount. For each contribution, include the aggregate election cycle-to-date total, and whether the contribution is for a primary, general or other election. Do not abbreviate committee names.

LINE 17(d). Enter the total amount of contributions (other than loans) from the candidate on Line 17(d). If the candidate makes one or more contributions during the election cycle aggregating in excess of $200, the committee must provide on Schedule A-P the identification of the candidate (full name, mailing address, occupation and name of employer), the date and amount of each contribution aggregating in excess of $200, and the aggregate election cycle-to-date totals. If the contribution is derived from funds that were loaned to the candidate from a lending institution, or from an advance from the candidate's brokerage account, credit card or line of credit, report the loan to the candidate on Schedule C-P-1.

LINE 17(e). For both Column A and Column B, add Lines 17(a), 17(b), 17(c) and 17(d) to derive figures for Line 17(e).

LINE 18. Enter the total amount of transfers from other authorized commit-

tees of the same candidate. Loans and loan repayments received from other authorized committees of the same candidate must be included on this line and not on Line 19(b). These transfers must be itemized on Schedule A-P, regardless of the amount. For each transfer, provide the identification (full name and mailing address) of the committee, the date and amount of the transfer and the aggregate election cycle-to-date total.

LINE 19(a). Enter the total amount of loans from the candidate (including any loans to the committee guaranteed by the candidate) to the committee on Line 19(a). This category includes loans to the committee made by the candidate from personal funds or derived from a bank loan to the candidate or from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other line of credit which are used for the purpose of influencing the candidate's election for federal office. All loans from the candidate (including any loans to the committee guaranteed by the candidate) to the committee must be itemized on Schedule A-P, regardless of the amount. For each loan, provide the candidate's identification (full name, mailing address, occupation and name of employer), the date and amount of the loan and the aggregate election cycle-to-date total (see also instructions for Schedule C-P-1).

LINE 19(b). Enter the total amount of all other loans received on Line 19(b). This category includes all other types of loans. These loans must be itemized on Schedule A-P, regardless of the amount. For each loan provide the identification (full name, mailing address and where applicable, occupation and name of employer) of the person making the loan, the date and amount of the loan, the aggregate election cycle-to-date total and whether the loan is for a primary, general or other election. The committee must also provide on Schedule C-P the identification of any endorser or guarantor and the amount of the endorsement or guarantee (see also instructions for Schedule C-P).

NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2 PAGE 41
REQ NUM

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

LINE 19(c).  For both Column A and Column B, add Lines 19(a) and 19(b) to derive the figures for Line 19(c).

LINE 20(a).  Enter the total amount of offsets to operating expenditures (including refunds, rebates and returns of deposits) on Line 20(a).  For each person who provides rebates, refunds and other offsets to operating expenditures aggregating in excess of $200 during the election cycle, the committee must provide on Schedule A-P the identification of the person, the date and amount of each receipt aggregating in excess of $200 and the aggregate election cycle-to-date total.

LINE 20(b).  Follow the instructions for Line 20(a) to report offsets to fundraising disbursements.

LINE 20(c).  Follow the instructions for Line 20(a) to report offsets to legal and accounting disbursements.

LINE 20(d).  For both Column A and Column B, add Lines 20(a), 20(b) and 20(c) to derive the figures for Line 20(d).

LINE 21.  Enter the total amount of other receipts (including dividends, interest and repayments by persons of loans made by the committee) on Line 21.  For each person who provides any dividends, interest or other receipts aggregating in excess of $200 during the election cycle, the committee must provide on Schedule A-P the identification of the person, the date and amount of each receipt aggregating in excess of $200 and the aggregate election cycle-to-date totals.

LINE 22.  For both Column A and Column B, add Lines 16, 17(e), 18, 19(c), 20(d) and 21 to derive the figures for Line 22.

LINE 23.  Enter the total amount of operating expenditures on Line 23.  Examples of operating expenditures are: media advertising, newspaper advertising, salaries, travel, rent and telephones.  For each person who receives payments for operating expenditures aggregating in excess of $200 during the election cycle, the Committee must provide on Schedule B-P the full name and mailing address, date, amount and purpose of the

expenditure (see also instructions for Schedule B-P).

LINE 24.  Enter the total amount of transfers to other authorized committees of the same candidate on Line 24. These transfers must be itemized on Schedule B-P, regardless of the amount.  For each transfer, provide the full name and mailing address of the recipient committee, date and amount, and state that the purpose of the disbursement is a "transfer."

LINE 25.  Enter the total amount of fundraising disbursements on Line 25. For each person who receives payments for fundraising disbursements aggregating in excess of $200 during the election cycle, the committee must provide on Schedule B-P the full name and mailing address, date, amount and purpose of the disbursement.

LINE 26.  Enter the total amount of exempt legal and accounting disbursements on Line 26.  For each person who receives payments for exempt legal and accounting disbursements aggregating in excess of $200 during the election cycle, the committee must provide on Schedule B-P the full name and mailing address, the date and amount of each disbursement aggregating in excess of $200 and the purpose of the disbursement.

LINE 27(a).  Enter the total amount of loan repayments of loans from the candidate to his or her authorized committee (including any loans to the committee guaranteed by the candidate) on Line 27(a) including loans derived from a bank loan to the candidate or from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other lines of credit.  All loan repayments must be itemized on Schedule B-P, regardless of the amount. For each person who receives a loan repayment, provide the full name, mailing address, date and amount, and state that the purpose of the disbursement is a "loan repayment" (see also instructions for Schedule C-P-1).

LINE 27(b).  Enter the total amount of loan repayments of all other loans on Line 27(b).  (See instructions for Line 27(a) for other reporting requirements.)

LINE 27(c).  For both Column A and Column B, add Lines 27(a) and 27(b) to derive the figures for Line 27(c).

LINE 28(a).  Enter the total amount of contribution refunds to individuals/persons other than political committees on Line 20(a).  For each person who receives a refund of a contribution which was previously itemized on Schedule A-P, the committee must provide on Schedule B-P the full name, mailing address, date and amount, and state that the purpose of the disbursement is a "contribution refund."

LINE 28(b).  Enter the total amount of contribution refunds to political party committees on Line 28(b).  All such refunds must be itemized on Schedule B-P, regardless of the amount.  For each contribution refund, provide the full name, mailing address, date and amount, and state that the purpose of the disbursement is a "contribution refund."

LINE 28(c).  Enter the total amount of contribution refunds to other political committees on Line 28(c). (See instructions for Line 28(b) for other reporting requirements.)

LINE 28(d).  For both Column A and Column B, add Lines 28(a), 28(b) and 28(c) to derive the figures for Line 28(d).

LINE 29.  Enter the total amount of other disbursements on Line 29.  For each person who receives any disbursement(s) not otherwise disclosed that aggregates in excess of $200 during the election cycle, the committee must provide the full name and address of each such person, together with the date, amount and purpose of any such disbursement.

LINE 30.  For both Column A and Column B, add the totals on Lines 23, 24, 25, 26, 27(c), 28(d) and 29 to derive the figures for Line 30.

LINE 31.  Enter the total amount of items on hand to be liquidated on Line 31.  This category is comprised of contributions received by the committee in the form of stocks, bonds, art objects and other similar items to be liquidated. The amount of such items on hand at the close of the reporting period must be

REQ NUM

United States v. Pierce O'Donnell
2:08-CR-872 (SJO)

5 of 15

Federal Election Commission (Revised 01/2001) Page 5 of 2

NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

disclosed on Line 31. For additional information regarding disclosure of these items, see 11 CFR 104.13(b).

## Special Instructions for Last Report Filed During Your Election Cycle

For this report ONLY, principal campaign committees must fill out Parts I, II and V on Page 3 (Post-Election Detailed Summary Page) in lieu of filling out Page 2 (Detailed Summary Page). This requirement applies to the Post-General report filed by general election candidates or to the Year-end report filed by all other candidates in that election cycle.

EXHIBIT __2__ PAGE __43__

United States v. Pierce O'Donnell
2:08-CR-872 (SJO)

6 of 15

REQ NUM
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

## INSTRUCTIONS FOR ALLOCATION OF PRIMARY EXPENDITURES BY STATE FOR A PRESIDENTIAL CANDIDATE (FEC FORM 3P, PAGE 4)

There are five general categories of expenditures that are to be allocated to a campaign in a particular state. The sum of these expenditures are to be reported on the appropriate line for the state for both the reporting period and aggregate total-to-date. Each expenditure, in the categories listed below, shall be allocated to the state it is intended to influence. This is not necessarily the state in which the expenditure was incurred or paid.

For the complete rules on Allocation of Expenditures to States, including the methods for allocating categories of expenditures, please refer to Title 11 of the Code of Federal Regulations, section 106.2.

### Media Expenditures

Allocable costs include expenditures for campaign advertising distributed through print media (newspapers, magazines, etc.), radio, television and similar types of advertising broadcasts.

Media expenditures that are not allocable to any state need not be reported on this page. Such expenditures include those incurred for advertisements on national networks, national cable or in publications distributed nationwide, expenditures for media production costs and commissions paid in connection with print or broadcast media. (Costs of shipping material to a broadcaster or publisher are not production costs but are considered part of the allocable media air time or space costs.) Expenditures for the cost of media time or space used after the primary election has been held in a particular state are not allocable to that state.

### Expenditures for Mass Mailings and Other Campaign Materials

Allocable costs include expenditures for mass mailings of more than 500 pieces to a particular state (fundraising and political mail, newsletters, etc.), and expenditures for the cost of shipping campaign materials (pins, bumper stickers, hats, T-Shirts, handbills, posters, yard signs, etc.).

Expenditures for the purchase of the campaign materials described above are not allocable to any state unless they are distributed by mass mail or print media, or are used in the state in which they are produced. Non-allocable expenditures need not be reported on this page.

### Overhead Expenses of State Offices and Other Facilities

Allocable expenses include rent, utilities, equipment, furniture, supplies, telephone service base charges, etc. associated with committee offices whose activities are directed at a particular state. In addition, expenses associated with campaign events held in a state are included in allocable overhead. Such expenses include costs associated with the rental of space in which to hold the event, catering, furniture, sound systems, staging, decorations, entertainment, etc.

Fifteen percent of overhead costs may be considered exempt compliance costs. See 11 CFR 106.2(b)(2)(iii).

### Expenditures for Special Telephone Programs

Special telephone programs include voter registration, get-out-the-vote efforts, fundraising and telemarketing efforts conducted on behalf of the candidate. Expenses associated with a telephone program targeted at a particular state are allocable to that state regardless of the location from which the calls are made. Such expenses include the cost of designing the program, costs of installing or renting telephone lines and equipment, toll charges, personnel costs, consultants' fees, related travel costs and facilities rental including a pro rata portion of national, regional, or state office space used for such purposes.

### Public Opinion Poll Expenditures

Allocable expenses include expenditures incurred for consultants' fees, travel costs and other expenses associated with designing and conducting the poll.

Expenditures for conducting a nationwide public opinion poll need not be allocated to any state.

### Expenses that are not Allocated

Not included among expenses that are allocable to each state are expenditures for the administration, staff and overhead of the national campaign headquarters. Also not included are salaries of staff working in the state or travel expenses for campaign staff, except as noted in the categories above, and consultants' fees which relate to national campaign strategy.

### Fundraising Expenditures

Except for direct mail expenses, 50% of all allocable expenses may be considered exempt fundraising. Direct mail expenses for mailings occurring more than 28 days before a primary election may be considered 100% exempt fundraising. Those occurring within 28 days of a state's primary may be considered 50% fundraising. See 11 CFR 110.8(c)(2).

### Allocation This Period and Total Allocation to Date

The column "Allocation this Period" reflects all allocable operating expenditures made by the committee during the reporting period, including any allocable expenditures made by other authorized political committees of the candidate. The column "Total Allocation To Date" is derived by adding the "Total Allocation To Date" from the previous report to "Allocation This Period" to provide total expenditures subject to individual state limits for the campaign.

EXHIBIT  2  PAGE

REQ NUM
United States v. Pierce O'Donnell
2:08-CR-872 (SJO)

7 of 15

Federal Election Commission (Revised 01/2003), Page 7
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

## INSTRUCTIONS FOR SCHEDULE A-P, ITEMIZED RECEIPTS (FEC FORM 3P)

Use Schedule A-P to list each receipt required to be itemized. DO NOT combine more than one category of receipts on the same Schedule A-P. Instead, use a separate Schedule A-P for each category of receipts. The line number of the Detailed Summary Page to which each Schedule A-P pertains should be identified in the upper right hand corner of each Schedule. In addition, the committee's full name must be entered in the appropriate block. For each receipt required to be itemized during the reporting period, the political committee must provide the identification of the contributor, date and amount of the receipt, and the aggregate election cycle-to-date total.

The term "identification" means, in the case of an individual, his or her full name, including: first name, middle name or initial, if available, and last name; mailing address; occupation; and the name of his or her employer; and, in the case of any other person, the person's full name and address.

The occupation and name of employer are only required to be provided for receipts from individuals. "Occupation" means the principal job title or position of an individual, whether or not self employed. "Employer" means the organization or person by whom an individual is employed, and not the name of his or her supervisor.

Authorized committees must indicate the election for which the receipt was given. In the event the receipt was given for an election other than the current primary cycle or general election, the "Other" block must be checked and the type of election or purpose specified. The "aggregate election cycle-to-date" total must be given for each receipt and must equal the total amount that the person has given to the committee for that

particular category of receipts during the election cycle. If a receipt is the only receipt from a person during the election cycle, the aggregate election cycle-to-date total must still be entered.

The "Total This Period" amount (the last line on Schedule A-P) must be added to all other receipts for that category which are not itemized and carried forward to Column A, "Total This Period" of the corresponding line of the Detailed Summary Page.

Contributions to a candidate or authorized committee which are not designated by the contributor for a specific election must be counted toward the contributor's limitation for the next election after the contribution is made. Contributions may be made for a past election only to the extent that the recipient has net debts outstanding from that particular election. See 11 CFR 110.1(b).

**Prohibited and Excessive Contributions.** If a contribution is received from a business entity or is drawn on what is or appears to be a business account, the political committee must determine that the contribution is not from a corporation, government contractor, or other prohibited source. Otherwise, it must be refunded within thirty days of its receipt.

A contribution which appears to be excessive, either on its face or when aggregated with other contributions from the same person, may be returned or deposited into a campaign depository but not used. If deposited, the contributor may be asked if a joint contribution was intended and, if so, to submit a written reattribution of the contribution signed by each contributor. The contributor may also be asked to redesignate the contribution for a different election if such a contribution would otherwise be permissible. If no redesignation or reattribution is received, the excessive contribution must be refunded within sixty days of its receipt. Both redesignations and reattributions are to be reported as memo entries on the report covering the period in which the committee receives the redesignations or

reattributions. Indicate how the contribution(s) was reported initially, followed by the redesignated or reattributed entry(ies). See 11 CFR 104.8 for the reporting of these types of contributions. Committees receiving public funds should also see 11 CFR 9003.3.

**Contributions In-Kind.** Contributions in-kind (i.e., goods and services provided to a political committee) are treated as any other contribution and must be reported and itemized under the appropriate category of receipts. For example, a contribution in-kind from an individual must be itemized on Schedule A-P and reported under the category for "Contributions From Individuals/Persons Other Than Political Committees." The value of each contribution in-kind must be entered in the "Amount of Each Receipt This Period" column. The amount or value of the contribution in-kind is the difference between the usual and normal charge for the goods or services at the time of the contribution and the amount charged the political committee. The "aggregate election cycle-to-date" total must include the total amount of all contributions that the person has contributed to the committee during the election cycle. The item must be labeled "contribution in-kind" and include the nature of the contribution (e.g., consulting, polling, etc.). Each contribution in-kind must also be reported in the same manner as an operating expense on Schedule B-P for the appropriate Line (e.g., Line 23, Operating Expenditures) and included in the total for that line number. Note that special reporting rules apply when an individual makes an advance of personal funds for a good or service but expects to be reimbursed. See the instructions for reporting "reimbursed advances by staff" in the Campaign Guide for Congressional Candidates.

**Earmarked Contributions.** For each earmarked contribution received (regardless of the amount), the political committee must report on Schedule A-P the name and address of the original contributor, the date of receipt and the amount of the contribution and, if the

NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2   PAGE 45

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

original contributor makes contributions aggregating in excess of $200 to the political committee during the election cycle, the occupation and name of employer. If the contribution passes through a political committee or Federal candidate, the conduit (intermediary) committee must disclose each contribution, regardless of the amount, on both Schedule A-P and Schedule B-P and include the amount under the appropriate category of receipts and disbursements. If the contribution was passed on in the form of the contributor's check, the conduit must disclose each contribution on a separate Schedule A-P attached to the conduit's next report and the amounts of such contributions are not required to be included in the totals for the appropriate categories of receipts and disbursements. If a political committee is not a conduit, but is the intended recipient, the political committee must report each conduit through which the earmarked contribution passed, including the name and address of the conduit, and whether the contribution was passed on in cash, by the contributor's check, or by the conduit's check. If the conduit exercises direction and control over the contribution, the earmarked contribution must also be attributed to the contribution limitations of the conduit.

**Partnership Contributions.** A contribution from a partnership must be itemized if it is in excess of or it aggregates in excess of $200 during the election cycle. If the portion attributed to a single partner exceeds $200 during the election cycle, or exceeds $200 when aggregated with previous contributions from that individual during the election cycle, the required information for that individual's contribution must also be itemized as a memo entry to the partnership contribution. See 11 CFR 110.1(e) and 11 CFR 104.3(a).

**Checks Returned Due to Insufficient Funds.** If a contributor's check is returned to the political committee due to insufficient funds and the receipt of the check was previously reported, the political committee must report the return under the appropriate category of receipts as a negative entry and thereby net out the amount of the check from the total for that category. If the original receipt of the check was itemized on Schedule A-P, the return of the check must also be itemized as a negative entry on Schedule A-P. If the receipt of the check was not required to be reported, the return of the check should not be reported.

**Best Efforts.** When the treasurer of a political committee shows that best efforts have been used to obtain, maintain and submit the information required, the committee shall be considered in compliance with the Act.

For a detailed explanation of when the Treasurer has exercised "Best Efforts," see section 104.7 of the Commission's regulations (11 CFR 104.7).

**Loans.** Report a loan received on Schedule A for the appropriate line number of the Detailed Summary Page, in the reporting period during which the loan is received. Also, disclose the loan on Schedule C-P, and, if from a lending institution, on Schedule C-P-1.

If a candidate personally receives a loan from a lending institution, or an advance from a brokerage account, credit card or line of credit, and then contributes or loans some or all of those funds to the campaign, report the amount of funds contributed or loaned on Schedule C-P-1. If the candidate treats the funds as a personal contribution, report the receipt of the contribution from the candidate on Schedule A for Line 17(d). If the candidate treats the funds as a loan, report the receipt of the loan on Schedule A for Line 19(a). See also the instructions for Schedule C-P-1. A loan obtained by the candidate from a brokerage account, credit card, home equity line of credit or other line of credit that is used exclusively for routine living expenses does not have to be reported, provided the loan is not guaranteed by third parties and the loan is repaid exclusively from the personal funds of the candidate. If such a loan is used in part for routine living expenses and in part for influencing the candidate's election for Federal office, only the latter part must be reported.

EXHIBIT 2 PAGE 48

REQ NUM
United States v. Pierce O'Donnell
2:08-CR-872 (SJO)

9 of 15

Federal Election Commission (Revised 01/2003), Page 9
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

## INSTRUCTIONS FOR SCHEDULE B-P, ITEMIZED DISBURSEMENTS (FEC FORM 3P)

### General

Use Schedule B-P to list each disbursement required to be itemized. DO NOT combine more than one category of disbursements on the same Schedule B-P. Instead, use a separate Schedule B-P for each category of disbursements. The line number of the Detailed Summary Page to which each Schedule B-P pertains should be identified in the upper right hand corner of each Schedule. In addition, the committee's full name must be entered in the appropriate block.

For each disbursement required to be itemized during the reporting period, the political committee must provide the full name, mailing address, date, amount and purpose of the disbursement.

The term "purpose" means a brief statement or description of why the disbursement was made. Examples of adequate descriptions include the following: dinner expenses, media, salary, polling, travel, party fees, phone banks, travel expenses, travel expense reimbursement and catering costs. However, statements or descriptions such as "advance," "election day expenses," "other expenses," "expense reimbursement," "miscellaneous," "outside services," "get-out-the-vote" and "voter registration," would not meet the requirement for reporting the purpose of an expenditure.

For disbursements that are contributions to Federal candidates or authorized committees, the committee must include under "Purpose of Disbursement" the name of the candidate and office sought (including State and congressional district, where applicable) and the aggregate election cycle-to-date total of contributions made to that candidate or committee in the purpose of disbursement box.

For each contribution to a Federal candidate or authorized committee indicate in the election check-off box the election for which the contribution was made. In the event the contribution was made for an election prior to the current election cycle, the "Other" block must be checked and the type of election specified (e.g., "General 2000," "Primary 2000"). The election check-off boxes provided for each itemized entry on Schedule B-P should not be used when itemizing operating expenditures.

The "Total This Period" amount (the last line on Schedule B-P) must be added to all other disbursements for that category that are not itemized and carried forward to Column A of the corresponding line of the Detailed Summary Page.

### Miscellaneous

#### Contributions In-Kind

Contributions in-kind received by the committee which are itemized on Schedule A-P must also be itemized for the appropriate line number on Schedule B-P. In addition, in the "Purpose of Disbursement" box include the notation "Contribution In-Kind," and the nature (e.g., consulting, polling, etc.).

#### Void Checks

Disbursements that are reported and later voided should be adjusted by a negative entry to the appropriate category of disbursement. If the original check was itemized on Schedule B-P, the negative entry reversing the disclosure should also be itemized.

Page 10, Federal Election Commission (Revised 01/2003)
United States v. Pierce O'Donnell
2:08-CR-872 (SJO)          10 of 15          NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2 PAGE 47

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

## INSTRUCTIONS FOR SCHEDULE C-P, LOANS (FEC FORM 3P)

All loans (regardless of amount) must be disclosed on the first report filed with the Commission after the date the loan is made. When filling out Schedule C-P, the committee must enter its full name in the box at the top of the page, and use a separate Schedule C-P for loans owed TO the committee and loans owed BY the committee.

### Loans Owed by the Committee

Itemize each loan received by the committee on Schedule A-P for the appropriate line of the Detailed Summary Page and also disclose it on Schedule C-P and Schedule C-P-1 (if applicable). For each loan owed BY the reporting committee, the committee must report certain basic information on Schedule C-P in the appropriate boxes: (1) full name and mailing address of the creditor; (2) the election to which the loan applies (i.e., primary, general or other); (3) the original amount of the loan; (4) the cumulative payment to date on the loan; and (5) the outstanding balance at the close of the reporting period (i.e., the remaining unpaid portion of the loan).

If an intermediary is reported as the source of the loan, the original source of the loan must be disclosed in the first box for endorsers and guarantors with a notation that the person identified is the original source.

Enter certain additional information on Schedule C-P in the box entitled TERMS: (1) the date the obligation was incurred; (2) the date the loan is due or the amortization schedule (if there is no due date or amortization schedule, enter "None" on the appropriate line); (3) the actual rate of interest charged on each loan (if the loan does not bear an interest rate, enter "None" on the appropriate line); and (4) check the box if the loan has been secured.

In instances where the loan has endorsers or guarantors, supply the following information : (1) the identification of each endorser or guarantor, and (2) the amount of the endorsement or guarantee outstanding at the close of the reporting period. The term "identification" means (a) in the case of an individual, his or her full name, mailing address, occupation, and name of employer; and (b) in the case of any other person, the person's full name and address.

In instances where the loan is derived from either a bank loan to the candidate or from an advance on the candidate's brokerage account, credit card, home equity line of credit or other line of credit, report the candidate as the source of the loan on Schedule C-P. In addition to reporting the terms of the loan in the appropriate boxes, disclose the type/source of loan the candidate received (i.e., bank loan, brokerage account, credit card, home equity line of credit, other line of credit, or personal funds of the candidate) in the first box for endorsers and guarantors with a notation for loan type or in the box for "Loan Source" after the candidate's name.

Continue to report loans owed BY the committee on each subsequent report until repaid. When a payment is made to reduce or extinguish the amount of a loan owed BY the committee, the payment must be itemized on Schedule B-P, reported on the appropriate line of the Detailed Summary Page, and included in the "Cumulative Payment to Date" column on Schedule C-P. If any extension for repayment is granted, report this on the first report after the extension is made, along with the new terms or conditions of the extension.

If a loan is settled for less than the reported amount, the reporting committee must include a statement as to the circumstances and conditions under which the debt or obligation was extinguished and the amount paid. A loan owed BY a political committee which is forgiven or settled for less than the amount owed is a contribution. Enter the total amount of loans owed BY the committee at the close of the reporting period on the line for "Total This Period" on the bottom of the last page and transfer the total to Line 3 of the last page of Schedule D-P. If no debts or obligations are reported on Schedule D-P, carry the outstanding balance reported for Sched-

ule C-P forward to Line 12 of the Summary Page.

### Loans Owed to the Committee

A loan made by the committee must be itemized on Schedule B-P and must also be disclosed on Schedule C-P. For each loan owed TO the committee, report certain basic information on Schedule C-P in the appropriate boxes: (1) the full name and mailing address of each debtor; (2) if the loan was made to another Federal candidate or authorized committee, the election to which the loan applies (i.e., primary, general or other); (3) the original amount of the loan; (4) the cumulative payment to date on the loan; and (5) the outstanding balance at the close of the reporting period (i.e., the remaining unpaid portion of the loan).

Certain additional information must be entered on Schedule C-P in the box entitled TERMS: (1) the date the obligation was incurred; (2) the date the loan is due or the amortization schedule (if there is no due date or amortization schedule, enter "None" on the appropriate line); (3) the actual rate of interest charged on the loan (if the loan does not bear an interest rate, enter "None" on the appropriate line); (4) check the box if the loan has been secured. Continue to report loans owed TO the committee on each subsequent report until repaid. When a payment is received to reduce or extinguish a loan owed TO the committee, itemize the payment on Schedule A-P, reported on the appropriate line of the Detailed Summary Page, and included in the "Cumulative Payment to Date" column on Schedule C-P. If any extension for repayment is granted or made, report this on the first report after the extension is made, along with the new terms or conditions of the extension.

Enter the total amount of loans owed TO the committee at the close of the reporting period on the line for "Total This Period" on the bottom of the last page and transferred to Line 3 of the last page of Schedule D-P. If no debts or obligations are reported on Schedule D-P, carry the outstanding balance reported on Schedule C-P forward to Line 11 of the Summary Page.

EXHIBIT 2 PAGE 48

REQ NUM
United States v. Pierce O'Donnell
2:08-CR-872 (SJO)                    11 of 15

Federal Election Commission (Revised 01/2003), Page 11
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

### Miscellaneous

#### Loans by Financial Institutions

A loan of money by a State bank, a federally chartered depository institution (including a national bank) or a depository institution whose deposits and accounts are insured by the Federal Deposit Insurance Corporation or the National Credit Union Administration is not a contribution or an expenditure by the lending institution if the loan is made in accordance with applicable banking laws and regulations and is made in the ordinary course of business. (See 11 CFR 100.82 and 100.142.) A Schedule C-P-1 must be filed for each loan and line of credit obtained from a lending institution. (See Schedule C-P-1 instructions.)

#### Candidate Loans

When a candidate obtains a loan that is then loaned or given to the campaign to influence the candidate's election to federal office, the information the principal campaign committee must disclose depends on the source of the money being loaned. If the candidate obtains a bank loan or a loan of money derived from an advance on the candidate's brokerage account, credit card, home equity line of credit or other line of credit, only the candidate needs to be listed as the source of the loan on Schedule C-P. The type of loan the candidate receives (i.e. bank loan, brokerage account, credit card, home equity line of credit, other line of credit, personal funds of the candidate) must also be disclosed in either the first box for endorsers and guarantors with a notation for loan type or in the box for "Loan Source" after the candidate's name. The terms of the loan between the candidate and the committee (not the terms between the candidate and lending institution) must be reported in the appropriate boxes along with information regarding the endorsers and guarantors. If the candidate obtains a loan from another person, list the other person as the original source of the loan and the candidate as the intermediary. Loans obtained by an individual prior to becoming a candidate that are subsequently used to influence the candidate's

election to Federal office must be reported as an outstanding loan owed to the candidate by the principal campaign committee, if the loan is outstanding at the time an individual becomes a candidate.

#### Loans by Political Committees

If a political committee makes a loan TO any person, the loan shall be subject to the contribution limitations. A repayment to the political committee of the principal amount of the loan is not a contribution by the debtor to the lender committee. (See 11 CFR 100.52(b)(5).)

#### Endorsers and Guarantors

A loan is a contribution by each endorser or guarantor. Each endorser or guarantor shall be deemed to have contributed that portion of the total amount of the loan for which he or she agreed to be liable in a written agreement. (See 11 CFR 100.52(b)(3).)

#### Loan Repayments

Each committee must disclose all loan repayments received or made by the committee. When a loan repayment is received by a committee, the repayment must be itemized on Schedule A-P and included in the "Cumulative Payment to Date" column on Schedule C-P. When a loan repayment is made by a committee, the repayment must be itemized on Schedule B-P for the appropriate line and included in the "Cumulative Payment to Date" column on Schedule C-P. Disclose the total amount of loan repayments of loans made or guaranteed by the candidate and the total amount of loan repayments of all other loans on the appropriate lines of the Detailed Summary Page.

For candidate loans, the candidate's authorized committee may repay the loan directly to the candidate or to the original lender. The amount of repayment must not exceed the amount of the principal used for the purpose of influencing the candidate's election for Federal office and interest that has accrued on that principal. When repayments are made to the candidate for candidate loans, the committee is not required to

report the repayments made by the candidate to the lending institution.

EXHIBIT __2__ PAGE __49__

REQ NUM
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

# INSTRUCTIONS FOR SCHEDULE C-P-1, LOANS AND LINES OF CREDIT FROM LENDING INSTITUTIONS (FEC FORM 3P)

## Background:

### 1. FEC Regulations on Loans from Lending Institutions to the Committee

Schedule C-P-1 seeks information on loans—including lines of credit—from lending institutions such as state or federally chartered banks, federally insured savings and loan associations or federally insured credit unions. The purpose of Schedule C-P-1 is to verify that a loan or line of credit does not result in a prohibited contribution from the lending institution, a violation of the federal campaign finance law.

Under FEC regulations at 11 CFR 100.82 and 100.142, a loan "made in accordance with applicable banking laws" and "in the ordinary course of business" is not considered a contribution or an expenditure if certain conditions are met. One of these conditions is that the loan "is made on a basis which assures repayment." Schedule C-P-1 documents whether or not the loan complies with these requirements.

### 2. FEC Regulations on Loans Used for Loans or Contributions from the Candidate to the Committee

Schedule C-P-1 also seeks information when a candidate obtains a bank loan or a loan derived from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other line of credit available to the candidate, including an overdraft made on a personal checking or savings account of the candidate and that loan is used for the purpose of influencing the candidate's election for Federal office. The loan must be made in accordance

with applicable law and under commercially reasonable terms, and the person making the loan to the candidate must make loans in the normal course of business.

## Who Must File Schedule C-P-1

A political committee authorized by a candidate for President or Vice President that obtains a loan or line of credit from a bank or other lending institution must file Schedule C-P-1. An authorized committee must also file Schedule C-P-1 when the candidate obtains a bank loan or loan of money derived from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other line of credit and the borrowed funds are used for the purpose of influencing the candidate's election for Federal office. 11 CFR 104.3(d)(1). (See Schedule C-P instructions on Candidate Loans.)

## When to File Schedule C-P-1

A Schedule C-P-1 must be filed for each loan and each line of credit obtained from either a lending institution or from the candidate, when the loan is derived from a bank loan or from an advance on the candidate's brokerage account, credit card, home equity line of credit or other line of credit. 11 CFR 104.3(d)(1).

**Loans.** A committee must file a Schedule C-P-1 with its next report when it first obtains a loan and in succeeding reporting periods each time the terms of the loan are restructured. 11 CFR 104.3(d)(1) and (3). (A restructured loan is considered a new loan.)

Lines of Credit. A committee must file a Schedule C-P-1 with its next report when a line of credit is established and in succeeding reporting periods each time any draws are made on the line of credit and each time the line of credit is restructured to change the repayment terms. 11 CFR 104.3(d)(1) and (3).

## Reporting Loans and Lines of Credit on Schedules A-P and C-P

**Schedule A-P.** When a candidate or committee obtains a loan that is used for

the purpose of influencing the candidate's election for federal office, the committee must itemize the receipt on a Schedule A-P for the appropriate line number. However, a line of credit is itemized on Schedule A-P only when the candidate or committee obtains funds by making a draw on the credit.

**Schedule C-P.** All loans to a committee must be continuously disclosed on Schedule C-P, starting with the first report due after the committee obtains the loan and continuing with each report thereafter until the loan is repaid.

## Line-by-Line Instructions

Schedule C-P Cross-Reference. Enter the Schedule C-P page number where information on the loan or line of credit appears.

Name of Committee Obtaining Loan. Enter the full name of the reporting committee.

Identification Number. Enter the reporting committee's FEC identification number. If the committee is newly registered and has not yet obtained a number, enter "not yet assigned."

Name/Address of Lender. Enter the full name, address and zip code of the lending institution. For loans from the candidate that are obtained from a bank or derived from an advance on the candidate's brokerage account, credit card, home equity line of credit or other line of credit, the lending institution's full name and address should be provided, rather than that of the candidate.

Loan Amount. For loans or lines of credit made to the committee directly from a lending institution, enter the amount of the loan or line of credit. If reporting a restructured loan or line of credit, enter the amount under the new terms. 11 CFR 104.3(d)(1)(i) and (3). If a candidate obtains a loan from a bank or derived from an advance on a brokerage account, credit card, home equity line of credit or other line of credit and contributes or loans some or all of that amount to the committee for the purpose of influencing the candidate's election for Federal office report here only the amount used for the purpose of influencing the candidate's election for Federal office. For loans derived from a

REQ NUM
United States v. Pierce O'Donnell
2:08-CR-872 (SJO)

13 of 15

Federal Election Commission (Revised 01/2003), Page 13
EXHIBIT 2 PAGE 50
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

draw on the candidate's line of credit the committee need only report the amount of the draw in this section, and not the entire amount of the line of credit.

Interest Rate. Enter the annual percentage rate (APR) of interest on the loan or each draw on the line of credit. If reporting a restructured loan or line of credit, enter the interest rate under the new terms. 11 CFR 104.3(d)(1)(ii) and (3). For loans from the candidate that are obtained from a bank or derived from an advance on the candidate's brokerage account, credit card, home equity line of credit or other line of credit, provide the interest rate for the loan from the lending institution to the candidate, not the interest rate for the loan from the candidate to the committee.

Date Incurred or Established. Enter the date the candidate or committee incurred the debt by signing the loan agreement (the original agreement or a restructured agreement, as appropriate). 11 CFR 104.3(d)(1)(i) and (3). For loans from the candidate that are obtained from a bank or derived from an advance on the candidate's brokerage account, credit card, home equity line of credit or other line of credit, provide the date incurred or established for the loan from the lending institution to the candidate, not the date incurred or established for the loan from the candidate to the committee.

Due Date. Enter the date on which full repayment of the loan or line of credit is due (under the original agreement or a restructured agreement, as appropriate). 11 CFR 104.3(d)(1)(ii) and (3). The due date is not required for a loan of money from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other line of credit and such loans are used in the candidate's campaign.

A. Restructured Loans. Check yes if the loan or line of credit has been restructured to change the terms; enter the date on which the original loan or line of credit was incurred. 11 CFR 104.3(d)(3).

B. Draws on Line of Credit. If reporting a draw on a line of credit, enter the amount of the draw and the outstanding balance owed on the line of credit (cu-mulative draws less any repayments made). 11 CFR 104.3(d)(1)(ii). This information is not required for loans derived from the candidate's home equity line of credit or other line of credit and used for the purpose of influencing the candidate's election for Federal office.

C. Secondary Sources of Repayment. Check yes if the loan or line of credit was endorsed or guaranteed by secondary parties. 11 CFR 104.3(d)(1)(iii). Information on endorsers and guarantors must be disclosed on Schedule C-P. (Note that guarantees and endorsements of loans are considered contributions; see Schedule C-P instructions.)

D. Traditional Collateral. Check yes if the loan or line of credit was obtained using traditional sources of collateral, and list the specific assets that were pledged. Enter the total fair market value of the collateral as of the date of the loan agreement. Indicate whether the lender has a perfected security interest in the collateral. 11 CFR 104.3(d)(1)(iii). (Note that a perfected security interest is a requirement under FEC regulations. 11 CFR 100.82(e)(1)(i) and 100.142(e)(1)(i).)

E. Future Receipts as Collateral. Check yes if the loan or line of credit was obtained using future receipts as collateral; list the types of receipts that were pledged; and enter their estimated amount. 11 CFR 104.3(d)(1)(iii). Enter the date the separate account was established for the deposit of pledged receipts. (A depository account is required under 11 CFR 100.82(e)(2)(iii) and 100.142(e)(2)(iii).) Provide the full name and address of the depository institution where the account was established. Enter the date on which the candidate or committee authorized the U.S. Treasury to make direct deposits of public financing payments to the account.

F. Other Means of Obtaining Loan. Complete this section if "no" was checked in sections C, D, and E or if the amount cosigned and/or pledged for the loan or line of credit is less than the loan amount. If so, state the basis upon which the loan was made and the basis on which it assures repayment. 11 CFR 104.3(d)(1)(iv).

G. Treasurer's Signature and Date. The committee treasurer (or properly designated assistant treasurer) must sign and date the form; the signer's name should be printed or typed beside the signature. The treasurer's signature and date are not required for bank loans obtained by the candidate or a loan of money from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other line of credit.

H. Copy of Loan Agreement. Attach a copy of the signed agreement. 11 CFR 104.3(d)(2). A copy of the loan agreement is not required for bank loans obtained by the candidate or a loan of money from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other line of credit.

I. Lender Certification. An authorized representative of the lending institution must sign and date the form to certify that the lender has complied with items I through III. 11 CFR 104.3(d)(1)(v). The representative's name should be printed or typed beside his or her signature. The representative's title must also be entered. Lender certification is not required for bank loans obtained by the candidate or a loan of money from an advance on the candidate's brokerage account, credit card, home equity line of credit, or other line of credit.

EXHIBIT ___2___ PAGE __51__

REQ NUM
NOTICE OF MOTION AND MOTION TO DISMISS THE INDICTMENT;
MEMORANDUM OF POINTS AND AUTHORITIES

EXHIBIT 2

## INSTRUCTIONS FOR FEC FORM 3P AND RELATED SCHEDULES

## INSTRUCTIONS FOR SCHEDULE D-P, DEBTS AND OBLIGATIONS (FEC FORM 3P)

When filling out Schedule D-P, the committee must enter its full name in the box at the top of the page.

DO NOT combine debts and obligations owed to the committee with those owed by the committee on the same Schedule D-P. Instead, use a separate Schedule D-P.

### Debts and Obligations Owed by the Committee (Other Than Loans)

For debts and obligations owed BY the reporting committee at the close of the reporting period and which are required to be disclosed, the committee must report the full name and mailing address of each creditor, the amount of the debt outstanding at the beginning of the period, the amount of the debt or obligations incurred this period (including any finance charges), the payment(s) this period to retire the debt or obligation, the outstanding balance at the close of the reporting period, and the nature or purpose of the debt or obligation. The terms "nature" and "purpose" mean a brief statement or description of why the debt or obligation was incurred (e.g., media, salary, polling, supplies and mailing).

A written contract (including a media contract), promise or agreement to make an expenditure that has not been paid for by the committee is an expenditure as of the date the contract, promise or obligation is made, and is subject to the reporting requirements. Accounts payable and written contracts, promises or agreements to make expenditures in amounts of $500 or less need not be disclosed until outstanding for sixty days or more. Note that special reporting rules apply when an individual makes an advance of personal funds for a good or service but expects to be reimbursed. See the instructions for reporting "reimbursed advances by staff" in the Cam-

paign Guide for Congressional Candidates (also applicable to Presidential candidates).

Debts and obligations owed BY the committee must continue to be reported on each subsequent report until extinguished or settled in a manner permitted by Federal Election Commission regulations (see 11 CFR Part 116 for settlement of debts). When a payment is made to reduce or extinguish an obligation owed BY the committee, the payment must be itemized on Schedule B-P, reported on the appropriate line of the Detailed Summary Page, and included in the "Payment This Period" column on Schedule D-P. If a debt or obligation is settled for less than the reported amount or value, the reporting committee must include a statement as to the circumstances and conditions under which the debt or obligation was extinguished and the amount paid. A debt owed BY a political committee which is forgiven or settled for less than the amount owed is a contribution unless the debt is forgiven or settled in accordance with 11 CFR Part 116. The extension of credit by any person for a length of time beyond normal business or trade practice is a contribution, unless the creditor has made a commercially reasonable attempt to collect the debt. The total amount of debts and obligations owed BY the committee at the close of the reporting period must be entered at the bottom of the last page under "Total this Period" and added to the total loans owed BY the committee from Schedule C-P. The total amount of debts and obligations owed BY the committee (including loans) must be carried forward to Line 12 of the Summary Page.

### Debts and Obligations Owed to the Committee (Other Than Loans)

For each debt and obligation owed TO the committee at the close of the reporting period, the committee must report: the full name and mailing address of each creditor, the amount of the debt outstanding at the beginning of the period, the amount of the debt or obligation incurred this period, the payment(s) this period to retire the debt or obliga-

tion, the outstanding balance at the close of the reporting period and the nature or purpose of the debt or obligation. The terms "nature" and "purpose" mean a brief statement or description of why the debt or obligation was incurred (e.g., media, salary, polling, supplies and mailing).

Debts and obligations owed TO the committee must continue to be reported on each subsequent report until extinguished or settled in a manner permitted by the Federal Election Commission regulations (see 11 CFR Part 116 for settlement of debts). When a payment is received to reduce or extinguish a debt or obligation owed TO the committee, the payment must be itemized on Schedule A-P, reported on the appropriate line of the Detailed Summary Page, and included in the "Payment this Period" column on Schedule D-P. Written contracts or agreements (such as signed pledge cards) or oral promises to make contributions are not required to be reported. The total amount of debts and obligations owed TO the committee at the close of the reporting period must be entered at the bottom of the last page under "Total This Period" and added to the loans owed TO the committee from Schedule C-P. The total amount of debts and obligation owed TO the committee (including loans) must be carried forward to Line 11 of the Summary Page for FEC Form 3P, Page 1.

EXHIBIT *2* PAGE *52*