# EXHIBIT 1

**SCHEDULE A**     **ITEMIZED RECEIPTS**

Contributions from Individuals

Use separate schedule(s) for each category of the Detailed Summary Page

PAGE 23 OF 23

FOR LINE NUMBER 11(a)(i)

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full): **John Kelly for Congress**     C00352732

| | Full Name, Mailing Address and ZIP Code | Name of Employer / Occupation | Date (month, day, year) | Amount of Each Receipt this Period |
|---|---|---|---|---|
| A. | Valdez, Dolores<br>347 Heather Heights Ct<br>Monrovia CA 91016<br>Receipt For: ☐ Primary ☒ General ☐ Other (Specify) | O'Donnell & Schaffer<br>Occupation: Executive Assistant<br>Aggregate Year-to-Date > $1,000.00 | 0/16/200 | $1,000.00 |
| B. | Van Dusen, Jean<br>1306 Camino Equestre NW<br>Albuquerque NM 87107<br>Receipt For: ☐ Primary ☒ General ☐ Other (Specify) | Mesa Card Co<br>Occupation: self-employed<br>Aggregate Year-to-Date > $550.00 | 0/16/200 | $200.00 |
| C. | Walls, James<br>9634 Weathered Oak Ct<br>Bethesda MD 20817<br>Receipt For: ☐ Primary ☒ General ☐ Other (Specify) | none<br>Occupation: retired<br>Aggregate Year-to-Date > $500.00 | 10/6/2000 | $500.00 |
| D. | Wishner, Jane<br>618 Black Bear LP NE<br>Albuquerque NM 87122<br>Receipt For: ☐ Primary ☒ General ☐ Other (Specify) | self-employed<br>Occupation: attorney<br>Aggregate Year-to-Date > $600.00 | 10/5/2000 | $100.00 |
| E. | Wiss, Marcia<br>3000 Albemarle St NW<br>Washington DC 20008<br>Receipt For: ☐ Primary ☒ General ☐ Other (Specify) | Wilmer Cutler and Pick<br>Occupation: attorney<br>Aggregate Year-to-Date > $1,050.00 | 10/6/2000 | $1,000.00 |
| F. | Yaffe, David<br>4528 Sleaford Rd<br>Annandale VA 22003<br>Receipt For: ☐ Primary ☒ General ☐ Other (Specify) | Van Ness Fieldman<br>Occupation: attorney<br>Aggregate Year-to-Date > $650.00 | 10/6/2000 | $500.00 |
| G. | Zambetti, John<br>3268 Sierra Rd<br>Malibu CA 90265<br>Receipt For: ☐ Primary ☒ General ☐ Other (Specify) | self-employed<br>Occupation: emergency physician<br>Aggregate Year-to-Date > $500.00 | 0/12/200 | $500.00 |

SUBTOTAL of Receipts This Page (optional) ............................................................... > $3,800.00

TOTAL This Period (last page this line number only) ................................................. > 59,030.00