```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
LAWRENCE S. MIDDLETON (Cal. Bar No. 157866)
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorneys
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:  (213) 894-2484
Facsimile: (213)  894-6436

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-00872-SJO |
| Plaintiff, | ORDER DISMISSING COUNT THREE WITHOUT PREJUDICE |
| v. | |
| PIERCE O'DONNELL, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, AND FOR THE REASONS STATED IN THE parties' STIPULATION TO DISMISS COUNT THREE OF INDICTMENT WITHOUT PREJUDICE, IT IS HEREBY ORDERED THAT:

1. The trial date of July 7, 2009 is vacated;

2. Count three of the indictment is dismissed without prejudice; and

3. Any outstanding bond is exonerated.

DATED: _6/29/09

_S. James Otero_
HON. S. JAMES OTERO
United States District Judge

Presented By:

_____
DENNIS MITCHELL
Assistant United States Attorney