# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | **CR 08-00872 SJO** | Date | August 1, 2011 |
|---|---|---|---|

| Present: The Honorable | S. James Otero |
|---|---|
| Interpreter | Not Required |

| Victor Paul Cruz | Margarita Lopez | Dennis Mitchell<br>Lawrence S Middleton |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Pierce O' Donnell** | not | | xx | Brian O'Neill<br>Frederick D Friedman | not | | xx |

**Proceedings:** IN CHAMBERS

The Courts sets a Status Conference on Thursday, August 4, 2011 @ 8:00 a.m.

The Clerk's Office is instructed to statistically reopen this case.

|  | : |
|---|---|
| Initials of Deputy Clerk | vpc |