## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **CR 08-00872 SJO** | Date: August 2, 2011 |

Present: The Honorable  S. James Otero

Interpreter

| Victor Paul Cruz | Not Present | Dennis Mitchell / Lawrence S Middleton |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| **Pierce O' Donnell** | not | xx | | Brian J O'Neill<br>Daniel B Levin<br>Frederick D Friedman<br>George J Terwilliger, III | not | | xx |

**Proceedings:**   IN CHAMBERS

The time of the status conference scheduled for hearing on Thursday, August 4, 2011, is changed to 9 a.m.

|  |  | 0 | : |
|---|---|---|---|
|  | Initials of Deputy Clerk | vpc |  |