```
 1  Brian O'Neill (State Bar No. 038650)
    Frederick D. Friedman (State Bar No. 73620)
 2  boneill@jonesday.com
    JONES DAY
 3  555 South Flower Street
    Fiftieth Floor
 4  Los Angeles, CA 90071-2300
    Telephone:  (213) 489-3939
 5  Facsimile:  (213) 243-2539

 6  Attorneys for Defendant
    Pierce O'Donnell
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-872 (SJO) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION RE ONE-WEEK CONTINUANCE OF SENTENCING HEARING; PROPOSED ORDER** |
| PIERCE O'DONNELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America (the "Government"), by and through its counsel of record, the United States Attorney's Office for the Central District of California, and defendant Pierce O'Donnell ("Mr. O'Donnell"), by and through his attorney of record, Brian O'Neill, Esq. of Jones Day, as follows:

1. The Court has set the sentencing date in this case for Monday, November 7, 2011 at 9:00 a.m.

2. Defense counsel represents as follows. Mr. O'Donnell is a practicing lawyer. Since April 2006, he has served as lead counsel for the plaintiffs and appellees in *In Re: Katrina Canal Breaches* (*Robinson v. United States*), United States District Court for the Eastern District of Louisiana, Case. No. 06-2268. On

1  September 8, 2011, the United States Court of Appeals for the Fifth Circuit, where
2  fully briefed appeals in *Robinson* are pending, tentatively calendared the *Robinson*
3  case (and another Katrina-related appeal) for oral argument in New Orleans for the
4  week of November 7, 2011 (the Court did not set a particular date during that week
5  for the argument). It has been Mr. O'Donnell's intention and plan to argue the
6  *Robinson* appeal and cross-appeal on behalf of his clients.

7      3. Mr. O'Donnell requests a one-week continuance of the sentencing date
8  so that he can prepare for and argue this appeal.

9      4. The government does not oppose this request.

10     5. It is therefore stipulated and agreed that the sentencing date in this
11 case, now set for November 7, 2011, at 9:00 a.m., in the Courtroom of the

12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 Honorable S. James Otero, may be continued to November 14, 2011, at 9:00 a.m. at
2 the same place.

4 IT IS SO STIPULATED:

7 Respectfully Submitted,

8 ANDRE BIROTTE, JR.
United States Attorney

10 ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

14 Dated: September 9, 2011

_____
DENNIS MITCHELL
15 Assistant United States Attorney

16 Attorneys for Plaintiff
UNITED STATES OF AMERICA

18 Dated: September 2, 2011    JONES DAY
BRIAN O'NEILL
19 FREDERICK D. FRIEDMAN

_____
FREDERICK D. FRIEDMAN

Attorneys for Defendant
23 PIERCE O'DONNELL

25 Dated: _____    So Ordered:

_____
United States District Judge

LAI-3148154v1

STIPULATION RE CONTINUANCE OF
SENTENCING HEARING

- 3 -