1 | Brian O'Neill (State Bar No. 038650)
2 | Frederick D. Friedman (State Bar No. 73620)
  | boneill@jonesday.com
3 | JONES DAY
  | 555 South Flower Street
4 | Fiftieth Floor
  | Los Angeles, CA  90071-2300
5 | Telephone:  (213) 489-3939
  | Facsimile:   (213) 243-2539
6 | Attorneys for Defendant
7 | Pierce O'Donnell

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Case No. 2:08-CR-872 (SJO)
12 |            Plaintiff,
13 |       v.
14 | PIERCE O'DONNELL,                  | **ORDER RE STIPULATION RE ONE-WEEK CONTINUANCE OF SENTENCING HEARING**
15 |            Defendant.

1  Good cause appearing, IT IS HEREBY ORDERED that the sentencing of
2  defendant Pierce O'Donnell is continued from Monday, November 7, 2011 at 9:00
3  a.m. to Monday, November 14, 2011 at 9:00 a.m. in this Courtroom.  Mr.
4  O'Donnell is ordered to appear at that time and place.

6  Dated: September 14, 2011          So Ordered:

                                       *S. James Otero*
                                       _____
                                       United States District Judge