ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2484
Facsimile: (213) 894-6436

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 08-872-SJO |
|---|---|
| Plaintiff, | ) FINDINGS AND ORDER RE EXCLUDABLE ) TIME AND CONTINUANCE OF TRIAL DATE |
| v. | ) |
| PIERCE O'DONNELL, | ) |
| Defendant. | ) |

GOOD CAUSE BEING SHOWN, AND FOR THE REASONS STATED IN THE PARTIES' STIPULATION FILED SEPARATELY, IT IS HEREBY ORDERED:

1. In this matter, the trial shall be held on March 20, 2012 at 9:00 a.m.

2. The setting of the trial on March 20, 2012 is necessary for effective preparation of a defense, taking into account the exercise of due diligence as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, under 18 U.S.C. § 3161(h)(7)(A).

3. The time period from December 15, 2012 through March 20, 2012 should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of pre-trial motions and the Court has not held a hearing or ruled on such pre-trial motions.

4. The time period from January 31, 2012 through March 20, 2012, inclusive, shall be deemed an excludable period pursuant to 18 U.S.C. § 3161(h)(7)(A) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and defendant in a speedy trial because the failure to grant such a continuance would deny counsel for defendant and counsel for the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Nothing in this order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period in which trial must commence.

IT IS SO FOUND AND ORDERED.

DATED: ___1/20/12_____   _____
                                HON. S. JAMES OTERO
                                United States District Judge

Presented By:

_____
DENNIS MITCHELL
Assistant United States Attorney