1  Brian O'Neill (State Bar No. 038650)
   Frederick D. Friedman (State Bar No. 73620)
2  boneill@jonesday.com
   JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071-2300
   Telephone:  (213) 489-3939
5  Facsimile:   (213) 243-2539

6  Attorneys for Defendant
   Pierce O'Donnell
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 2:08-CR-872 (SJO)
12 |             Plaintiff,           |
13 |        v.                        | STIPULATION TO CONTINUE
                                      | STATUS CONFERENCE
14 | PIERCE O'DONNELL,                |
                                      | Old Date:  February 6, 2012
15 |             Defendant.           | Time:      10:00 a.m.
16 |                                  | New Date:  February 20, 2012
                                      | Time:      10:00 a.m.
17 |                                  | Judge:     Hon. S. James Otero
18

19

20      IT IS HEREBY STIPULATED AND AGREED by and between plaintiff

21 United States of America and defendant Pierce O'Donnell as follows:

22      1. At the hearing of January 18, 2012, the Court set a status conference for

23 February 6, 2012 at 10:00 a.m.  The Court suggested that the parties continue to

24 negotiate for a disposition of the case and set the status conference so that the

25 parties could report on the status of those negotiations.

26      2. The parties have not yet concluded their negotiations.

27      3. In addition, Mr. O'Donnell represents the following.  He is in trial in

28 connection with his dissolution case (*In re the Marriage of Pierce H. O'Donnell*

LAI-3159253v1

Case No. 2:08-CR-872 (SJO)
STIP. TO CONTINUE STATUS CONFERENCE

1  *and Dawn Donley O'Donnell*, Santa Barbara Superior Court Case No. 1381168).
2  That trial began this week and is set to continue through this coming Wednesday,
3  February 8. Mr. O'Donnell could and would appear at the status conference in this
4  case if need be but would like a brief continuance of it so that he can attend the trial
5  in Santa Barbara.

6      4. Accordingly, the parties hereby stipulate and agree to continue the status
7  conference in this case from Monday February 6, 2012 at 10:00 a.m. to Monday,
8  February 20, 10:00 a.m.

9      IT IS SO STIPULATED:

Respectfully Submitted,

ANDRE BIROTTE, JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

Dated: February 3, 2012

/s/
DENNIS MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: February 3, 2012

JONES DAY
BRIAN O'NEILL
FREDERICK D. FRIEDMAN

/s/
FREDERICK D. FRIEDMAN

Attorneys for Defendant
PIERCE O'DONNELL