1  Brian O'Neill (State Bar No. 038650)
   Frederick D. Friedman (State Bar No. 73620)
2  boneill@jonesday.com
   JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071-2300
   Telephone:  (213) 489-3939
5  Facsimile:   (213) 243-2539

6  Attorneys for Defendant
   Pierce O'Donnell
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 2:08-CR-872 (SJO)
12 |         Plaintiff,           | Assigned for all purposes to
13 |   v.                         |
14 | PIERCE O'DONNELL,            | **REQUEST FOR CORRECTION OF CRIMINAL MINUTES OF MARCH 5, 2012 REGARDING SENTENCING**
15 |         Defendant.           |
16 |                              | **[NO HEARING NECESSARY]**
17

18

19     Defendant Pierce O'Donnell ("Mr. O'Donnell") respectfully requests that the

20 Court correct the Criminal Minutes filed March 5, 2012 in the following two

21 respects.

22     First, in submitting to the Court his suggested language regarding the place

23 of confinement, Mr. O'Donnell was mistaken in one particular. The Court

24 incorporated this language into the Minutes and therefore the Minutes—as a result

25 of Mr. O'Donnell's mistake—are in error.

26     Mr. O'Donnell's suggested language recited that Mr. O'Donnell had "full

27 legal and physical custody" of his 16-year-old daughter.  This language now

28 appears on p. 4 of the Minute Order.  The correct statement is that Mr. O'Donnell

LAI-3161805v1

- 1 -

REQUEST FOR CORRECTION OF
CRIMINAL MINUTES

1  has "joint legal and, as a practical matter, 100% physical custody" of his daughter.
2  Mr. O'Donnell regrets this error on his part and asks that the Minutes be amended to
3  correctly state the custody arrangements.
4   The Minutes also recite (at p. 4) that the Court "advises the Defendant of his
5  immediate suspension from the State Bar."  Mr. O'Donnell believes that the Court
6  discussed with counsel the possibility of Mr. O'Donnell's suspension from the local
7  federal bar (the bar of this Court) under Local Rule 83-3.2.1, as opposed to Mr.
8  O'Donnell's suspension from the State Bar.  Mr. O'Donnell asks that the Minutes be
9  corrected in this particular.

10  Dated:   March 13, 2012    RESPECTFULLY SUBMITTED,
11              JONES DAY
12
13              By: __/s/_____
14                Frederick D. Friedman
15              Attorneys for Defendant
            PIERCE O'DONNELL
16
17
18
19
20
21
22
23
24
25
26
27
28