1  Brian O'Neill (State Bar No. 038650)
   Frederick D. Friedman (State Bar No. 73620)
2  boneill@jonesday.com
   JONES DAY
3  555 South Flower Street
   Fiftieth Floor
4  Los Angeles, CA  90071-2300
   Telephone:  (213) 489-3939
5  Facsimile:   (213) 243-2539

6  Attorneys for Defendant
   Pierce O'Donnell
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  | Case No. 2:08-CR-872 (SJO)
12 |             Plaintiff,      |
13 |      v.                     | **REQUEST FOR CORRECTION OF JUDGMENT AND COMMITMENT ORDER**
14 | PIERCE O'DONNELL,           |
15 |             Defendant.      | **[F.R.CRIM.P. RULE 36]**
16 |                             | **[NO HEARING NECESSARY]**
17

18

19     In a Request for Correction of Criminal Minutes filed March 13, 2012,

20 defendant Pierce O'Donnell ("Mr. O'Donnell") asked the Court to make two

21 changes to the criminal minutes of March 5, 2012 regarding Mr. O'Donnell's

22 sentencing. The Court did so and issued Amended Minutes on March 14, 2012.

23 Mr. O'Donnell appreciates the Court's action on that Request for Correction.

24     Mr. O'Donnell now respectfully requests that the Court correct the Judgment

25 and Commitment Order filed March 9, 2012 in the same two respects.

26     First, Mr. O'Donnell requests that the Court amend the Judgment and

27 Commitment Order's recommendation of Mr. O'Donnell's placement in a Federal

28 Prison Camp (at p. 3 of the Order) by substituting the phrase "joint legal and, as a

1  practical matter, 100% percent physical custody" for the phrase "full legal and
2  physical custody."
3       Second, Mr. O'Donnell asks that the reference on p. 3 to Mr. O'Donnell's
4  bar suspension be eliminated and the following language substituted (taken from
5  the Court's Amended Minutes of March 14, 2012) to reflect the advice actually
6  given by the Court at sentencing—"Court and Counsel confer regarding the
7  defendant's suspension from the local federal bar pursuant to Local Rule 83-3.2.1.
8  Court and counsel confer regarding the proper procedures for suspension from the
9  Court's bar."
10      Ample authority for such corrections is provided in F.R.Crm.P. Rule 36,
11 which permits the Court "to correct a clerical error in a judgment, order, or other
12 part of the record, or correct an error in the record arising from oversight or
13 omission."

14 Dated:    March 14, 2012            JONES DAY

16                                    By:        /s/
17                                         Frederick D. Friedman

18                                    Attorneys for Defendant
                                       PIERCE O'DONNELL