```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    LAWRENCE S. MIDDLETON (Cal Bar No. 157866)
 4  DENNIS MITCHELL (Cal. Bar No. 116039)
    Assistant United States Attorneys
 5  1300 United States Courthouse
    312 North Spring Street
 6  Los Angeles, California 90012
    Telephone:  (213) 894-2484
 7  Facsimile: (213) 894-6436

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 08-872(A)-SJO |
|---|---|
| Plaintiff, | ) <u>ORDER RE DEFENDANT'S MOTION FOR</u> |
|  | ) <u>MODIFICATION OF CONDITIONS OF</u> |
| v. | ) <u>SUPERVISED RELEASE</u> |
| PIERCE O'DONNELL, | ) HEARING DATE: August 3, 2012 |
| Defendant. | ) HEARING TIME: 10:00 a.m. |

The Court, having read and considered defendant Pierce O'Donnell's motion for modification of conditions of supervised release, and the government's opposition thereto as well as defendant's supplemental declaration, and having heard argument thereon, HEREBY ORDERS and finds as follows:

Defendant needs to have right hip replacement surgery performed.  Accordingly, in order for defendant to attend to pre-operative appointments and to receive pre-operative care, IT IS ORDERED THAT defendant shall be released immediately from the Vinewood Residential Re-Entry Center ("VRRC").


The Court also recognizes that after surgery, defendant will need to undergo post-operative care and/or physical therapy.

With respect to that portion of defendant's request to substitute home confinement for the remaining term of residency at the VRRC, the Court will defer ruling on that portion of defendant's request and, instead, will hold a status conference on October 15, 2012 at 10:00 a.m. in order to assess defendant's physical condition.  The status of the condition requiring defendant's residency at the VRRC will be determined by the Court at or after the status hearing to be held on October 15, 2012. Until that determination by the Court, defendant is not required to reside at a residential re-entry center, including the VRRC.

All other terms and conditions of defendant's supervised release remain in full force and effect.

IT IS SO ORDERED.

DATED: August _3__, 2012     _____
                             HON. S. JAMES OTERO
                             United States District Judge

Presented by:

_____
DENNIS MITCHELL
Assistant United States Attorney

2